Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah  84111-3105
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Defendants Kevin Long,
Millrock Commercial Properties, LLC,
Brent Smith, and Spencer Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT,<br><br>         Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERICAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>         Defendants. | NOTICE OF APPEARANCE<br>OF COUNSEL<br>(Rodger M. Burge)<br><br><br><br>Case No. 2:23-cv-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN to all parties concerned that Rodger M. Burge of the law

firm of PARR BROWN GEE & LOVELESS hereby makes his appearance as counsel of record

for defendants Kevin Long, Millrock Commercial Properties,  LLC, Brent Smith, and Spencer

Taaylor in the above captioned case.  All notices and other pleadings and papers required to be serve herein should be sent to Mr. Burge at the following address:

> Rodger M. Burge, Esq.
> rburge@parrbrown.com
> PARR BROWN GEE & LOVELESS
> 101 South 200 East, Suite 700
> Salt Lake City, Utah  84111-3105

DATED this 23rd day of February, 2024.

                        PARR BROWN GEE & LOVELESS

                        By: /s/ Rodger M. Burge
                            Terry E. Welch
                            Bentley J. Tolk
                            Rodger M. Burge
                            Attorneys for Defendants Kevin Long,
                            Millcreek Commercial Properties, LLC, Brent
                            Smith, and Spencer Taylor

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2024 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL to be filed via the CM/ECF system which automatically provides notice to counsel of record:

Stephen K. Christiansen, Esq.
steve@skclawfirm.com
Randall S. Everett, Esq.
randy@skclawfirm.com
CHRISTIANSEN LAW
311 South State Street, Suite 250
Salt Lake City, Utah  84111

J. Ryan Mitchell, Esq.
rmitchell@mbmlawyers.com
Christopher A. Langston, Esq.
clangston@mbmlawyers.com
Mika Hillery, Esq.
mhillery@mbmlawyers.com
MITCHELL BARLOW MANSFIELD
9 Exchange Place, Suite 600
Salt Lake City, Utah  84111

By: /s/ Rodger M. Burge