Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Defendants Kevin Long,
Millcreek Commercial Properties, LLC,
Brent Smith, and Spencer Taylor

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>          Defendants. | ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br><br><br>Civil No. 2:23-cv-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff and defendants Kevin Long, Millcreek Commercial Properties, LLC, Brent

Smith, and Spencer Taylor jointly moved the Court for an order extending  the deadline for

defendants Kevin Long, Millcreek Commercial, LLC, Brent Smith, and Spencer Taylor to

respond to plaintiff's Complaint (Dkt. 3), and, for good cause shown, the Court hereby grants the

stipulated motion and extends defendants Kevin Long, Millcreek Commercial, LLC, Brent Smith, and Spencer Taylor's deadline to respond to plaintiff's Complaint through and including April 1, 2024.

IT IS SO ORDERED.

DATED this _____ day of February, 2024.

BY THE COURT:

_____

Magistrate Judge Daphne A. Oberg

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of February, 2024 a true and correct copy of the

foregoing ORDER EXTENDING TIME TO RESPOND TO COMPLAINT was served via

electronic service on the following:

> Stephen K. Christiansen, Esq.
> steve@skclawfirm.com
> Randall S. Everett, Esq.
> randy@skclawfirm.com
> CHRISTIANSEN LAW
> 311 South State Street, Suite 250
> Salt Lake City, Utah  84111
>
> Christopher A. Langston, Esq.
> clangston@mbmlawyers.com
> J. Ryan Mitchell, Esq.
> rmitchell@mbmlawyers.com
> Mika Hillery, Esq.
> mhillery@mbmlawyers.com
> MITCHELL BARLOW & MANSFIELD
> 9 Exchange Place, Suite 600
> Salt Lake City, Utah  84111

/s/ Rodger M. Burge