James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
3301 N. Thanksgiving Way, Ste 400
Lehi, UT 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT,<br><br>Plaintiff,<br><br>V.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT COLLIERS INTERNATIONAL**<br><br>Civil No. 2:23-cv-00936<br><br>Magistrate Judge Daphne A. Oberg |

Andrew V. Wright of the law firm Dentons Durham Jones Pinegar P.C., hereby enters his appearance as counsel for Defendant Colliers International in the above entitled matter. Please send all notices, court filings, correspondence, or other documents related to the above-captioned case to counsel at the address provided above.

DATED: February 23, 2024.

                            DENTON DURHAM JONES PINEGAR P.C.

                            */s/ Andrew V. Wright*
                            James D. Gilson
                            Andrew V. Wright
                            David B. Nielson
                            *Attorneys for Defendant Colliers International*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2024, a true and correct copy of the foregoing was served via the Court's ECF Service on the following:

Stephen K. Christiansen
Randall S. Everett
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste 250
Salt Lake City, Utah 84111
*Attorneys for Plaintiffs*

J. Ryan Mitchell
Christopher A. Langston
Mika Hillery
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Ste 600
Salt Lake City, Utah 84111
*Attorneys for Defendant Blake McDougal*

Terry E. Welch
Bentley J. Tolk
Rodger M. Burge
PARR BROWN GEE & LOVELESS
101 South 200 East, Ste 700
Salt Lake City, Utah 84111
*Attorneys for Defendants Kevin Long, Millcreek Commercial Properties, LLC, Brent Smith, and Spencer Taylor*

/s/ Kim Altamriano