Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>          Defendants. | **MOTION TO EXTEND DEADLINE FOR PROPOSED SCHEDULING ORDER**<br><br>Civil No. 2:23-CV-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

## **INTRODUCTION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Kate Grant, through counsel, moves for an extension of the deadline to submit a proposed scheduling order. The new proposed date is March 7, 2024.

## **RELEVANT FACTS**

1. Plaintiff was asked to submit a proposed scheduling order to the court by February 29, 2024.

2. Because of scheduling constraints and one or more Defendant's counsel only recently making an appearance in the case, the Federal Rules of Civil Procedure Rule 26(f)

1

conference, the attorney planning meeting, was held at the earliest possible time for all schedules, February 29, 2024.

## MOTION AND GROUNDS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Kate Grant, through counsel, moves for an extension of the deadline to submit a proposed scheduling order. The new proposed date is March 7, 2024.

Rule 6(b) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b).

Good cause exists for Plaintiff's request. Scheduling conflicts and recent appearances of Defendants' counsel made scheduling a Rule 26(f) conference, the attorney planning meeting, difficult. The parties were unable to hold the conference until February 29, 2024, the due date for the proposed scheduling order. Because of these time constraints and other scheduling conflicts, Plaintiff moves the Court to extend the time to submit a proposed scheduling order to March 7, 2024.

DATED this 29th day of February, 2024.

CHRISTIANSEN LAW, PLLC

/s/ Stephen K. Christiansen
Stephen K. Christiansen
Randall S. Everett
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2024, I caused a true and correct copy of this pleading to be served electronically upon all counsel of record via the Court's CM/ECF system and to be served via email as follows:

Bentley J. Tolk
Parr Brown Gee & Loveless
btolk@parrbrown.com

Rodger Moore Burge
Parr Brown Gee & Loveless
rburge@parrbrown.com

Andrew V. Wright
Dentons Durham Jones & Pinegar PC
Andy.wright@dentons.com

David Bradford Nielson
Dentons Durham Jones & Pinegar PC
david.nielson@dentons.com

James D. Gilson
Dentons Durham Jones & Pinegar PC
james.gilson@dentons.com

J. Ryan Mitchell
Mitchell Barlow & Mansfield PC
rmitchell@mbmlawyers.com

Christopher A. Langston
Mitchell Barlow & Mansfield PC
clangston@mbmlawyers.com

Mika Hillery
Mitchell Barlow & Mansfield PC
mhillery@mbmlawyers.com

          /s/ Stephen K. Christiansen