*TD's Legal Process*
*&*
*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office: 964-9393  Fax: 964-9353
Cell: 347-1038

*Return of Service*

3/1/2024

| ROS# 178704 | Christiansen Law, PLLC | |
|---|---|---|
| Rcvd: 2/02/2024 | 311 s State Street ste. 250 S.L.C., Ut 84111 | 801-716-7016 |
| Attn: Jennifer | | |

| Case: 2:23-cv-00936 | Civil# | | Doc# |
|---|---|---|---|
| Plaintiff(s) | | VS | Defendant(s) |

Kate Grant

Kevin Long: Millcreek Commercial Properties, LLC; Colliers International; Brent Smith: Spencer Taylor; Blake McDougal; and Mary Street

**Process: Summons & Complaint**
**To:     Mary Street**

The undersigned Person Hereby Certifies:

I am, at the time of service, a duly qualified Process server / Private investigator over 21 years of age and am not a party to the above action being taken. I have endorsed each copy served with the date, time and my signature.

**Title:    Process Server and/or Private Investigator**

I Served:  Mary Street
Date:      2/29/2024          Time:   1351
Address:   POE: 2015 w Grove Parkway #J Pleasant GRove, Ut 8
Phone:     801-358-6279       Work:
**Type of Service:    Personally Served**

Todd Oram, Private Investigator - G101060

Subscribed and Sworn Before Me This 1st Day of March 2024

Notary public residing in Salt Lake County. My commission expires 01/06/2027

LINDA ALVEY
Notary Public - State of Utah
Comm. No. 728644
My Commission Expires on
Jan 6, 2027

| Service fee: | $ 15.00 | Milage Fee: | $ 153.00 | Other Fee: | $ 0.00 | Rush Fee: | $ 0.00 |
|---|---|---|---|---|---|---|---|
| Addresses: | 3 | Attempts: | 18 | Attempts Charged: | 3 | Total Mileage: | 34 |

**Total Due:  $ 172.00**

Comments:   *************See all notes o page 2

4

**TO: Mary Street**

**PROCESS:** Summons and Complaint
**CASE #** : 2:23-cv-00936

COMMENT:
home add on docs: **6535 n 5750 w American Fork, Utah 84003** - ***FYI - Rod Iron Gatge at front of driveway with a doorbell camera on the right side of gate. left many cards on the gate and rang the bell never getting anyone to answer. - between 2/02/24 and 2/29/24 made 9 attempts, leaving cards with no response.
2.05.24 rcv poe info from client Mountain West Commercial Real Estate **312 e South Temple S.L.C.** - Subject does not work at this location, works out of the Pleasant Grove office.
**2015 w Grove Parkway #J Pleasant Grove Utah 84062**. - Between 2/05/24 and 2/29/24 made 8 attempts always being told she was not in, left cards with no response. ( 2.15.24 did talk to subjects husband that said he would take the documents - unable to serve him away from the home address) left another card with him.
2.27.24 rcv email and # from client; mstreet@mtnwest.com;  801-358-6279

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah ☑

| | |
|---|---|
| KATE GRANT )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>KEVIN LONG; MILLCREEK COMMERCIAL )<br>PROPERTIES, LLC; COLLIERS INTERNATIONAL; )<br>BRENT SMITH; SPENCER TAYLOR; BLAKE )<br>MCDOUGAL; and MARY STREET )<br>)<br>*Defendant(s)* ) | TIME 1351 DATE 2-29-2024<br>SERVED Mary Street<br>RELATIONSHIP Self<br>ADDRESS POE 2025 W leisure farbuay<br>Tesla<br>SERVER 964-9393<br>TD's LEGAL PROCESS LLC<br>#5<br>please let<br>Civil Action No. 2:23-cv-00936-DAO<br>X Mary Steel |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Street
6535 North 5750 West
American Fork, UT 84003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen K. Christiansen
Christiansen Law, PLLC
311 S. State Street, Suite 250
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 01/03/2024



*Signature of Clerk or Deputy Clerk*