Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
       mwindham@rqn.com
       njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, an individual,<br><br>        Plaintiffs,<br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>        Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:23-CV-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 83-1.4(a), notice is hereby given that Justin Toth, Maria Windham, and Nathan Jepson, of the law firm of Ray Quinney & Nebeker P.C. will replace Bentley Tolk and Rodger Burge of the law firm of Parr Brown Gee & Loveless as attorneys for Defendant Spencer Taylor. Mr. Toth, Ms. Windham, and Mr. Jepson are aware of and will comply with all pending deadlines in this matter.

DATED this 14th day of March 2024.

            **RAY QUINNEY & NEBEKER P.C.**

            */s/ Justin T. Toth*
            Justin T. Toth
            Maria E. Windham
            Nathan L. Jepson

DATED this 14th day of March 2024.

            **PARR BROWN GEE & LOVELESS**

            */s/ Bentley J. Tolk*
            Bentley J. Tolk
            Rodger Moore Burge
            *\*Signed with permission\**

            *Attorneys for Defendant Spencer Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2024, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed electronically with the Court using the CM/ECF system which automatically provides notice to counsel of record.

*/s/ Brandy Sears*

1665864