Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
  mwindham@rqn.com
  njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, an individual,<br><br>        Plaintiffs,<br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-CV-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Please take notice Nathan L. Jepson hereby enters his appearance of counsel on behalf of Defendant Spencer Taylor in the above-captioned case.

DATED this 14th day of March 2024.

**RAY QUINNEY & NEBEKER P.C.**

*/s/  Nathan L. Jepson*
Justin T. Toth
Maria E. Windham
Nathan L. Jepson

*Attorneys for Defendant Spencer Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2024, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed electronically with the Court using the CM/ECF system which automatically provides notice to counsel of record.

*/s/ Brandy Sears*

1665963