Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>          Defendants. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00936-DAO<br>Magistrate Judge Daphne A. Oberg |

  Plaintiff, by and through her undersigned counsel of record, hereby files this Stipulated Motion for Scheduling Order, together with the attached Attorney Planning Meeting Report and Proposed Scheduling Order. WHEREFORE, plaintiff respectfully requests that this Court issue its Proposed Scheduling Order.

/s/ *Stephen K. Christiansen*        Date: 3/14/2024
Signature and typed name of Plaintiff's Attorney (*or Party's Name if self-represented*)

/s/ *Bentley J. Tolk.*          Date: 3/14/2024
Signature and typed name of Defendant's Attorney (*or Party's Name if self-represented*)

/s/ *Maria E. Windham*         Date: 3/14/2024
Signature and typed name of Defendant's Attorney (*or Party's Name if self-represented*)

/s/ *James D. Glison.*                                      Date: 3/14/2024
Signature and typed name of Defendant's Attorney (*or Party's Name if self-represented*)


/s/ *J. Ryan Mitchell.*                                    Date: 3/14/2024
Signature and typed name of Defendant's Attorney (*or Party's Name if self-represented*)


/s/ *Mary Street. (Pro se litigant)*                    Date: 3/14/2024
Signature and typed name of Defendant's Attorney (*or Party's Name if self-represented*)