Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long,*
*Millcreek Commercial Properties, LLC, and Brent Smith*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL OF TERRY E. WELCH**<br><br>Civil No. 2:23-cv-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

**NOTICE IS HEREBY GIVEN** to all parties that Terry E. Welch of the law firm of

PARR BROWN GEE & LOVELESS hereby makes his appearance as counsel of record for

Defendants Kevin Long, Millcreek Commercial Properties, LLC, and Brent Smith in the above-

captioned case. Please add Mr. Welch to the service list and provide him notice of all hearings,

motions, pleadings, actions, and other matters maintained hereafter in the above-entitled lawsuit at the following address:

>Terry E. Welch
>Parr Brown Gee & Loveless
>101 South 200 East, Suite 700
>Salt Lake City, Utah 84111
>twelch@parrbrown.com

Dated this 18th day of March, 2024.

                                      PARR BROWN GEE & LOVELESS

                                      By: /s/ Terry E. Welch
                                              Terry E. Welch
                                              Bentley J. Tolk
                                              Rodger M. Burge

                                      *Attorney for Defendants Kevin Long, Millcreek Commercial Properties, LLC, and Brent Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2024, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL OF TERRY E. WELCH** was served via electronic service on the following:

    Stephen K. Christiansen (6512)
    Randall S. Everett (18916)
    **CHRISTIANSEN LAW, PLLC**
    311 South State Street, Suite 250
    Salt Lake City, Utah 84111
    Telephone: (801) 716-7016
    Facsimile: (801) 716-7017
    steve@skclawfirm.com
    randy@skclawfirm.com

    *Attorneys for Plaintiff*

    J. Ryan Mitchell (9362)
    Christopher A. Langston (18218)
    Mika Hillery (18414)
    **MITCHELL BARLOW & MANSFIELD, P.C.**
    9 Exchange Place, Suite 600
    Salt Lake City, Utah 84111
    Telephone: (801) 998-8888
    rmitchell@mbmlawyers.com
    clangston@mbmlawyers.com
    mhillery@mbmlawyers.com

    *Attorneys for Defendant Blake McDougal*

                                              /s/ Terry E. Welch