Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin G. Long, Millcreek Commercial Properties, LLC, and Brent Smith*

---

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT,<br><br>        Plaintiff,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>        Defendants. | **NOTICE OF FILING OF JOINT MOTION TO CONSOLIDATE RELATED CASES**<br><br>Case No. 2:23-cv-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Local Rule 42-1(b), Defendants Kevin G. Long, Millcreek Commercial Properties, LLC, and Brent Smith hereby provide notice that they have filed a Joint Motion to Consolidate Related Cases (the "Joint Motion") pursuant to Rule 42 of the Federal Rules of Civil Procedure seeking to consolidate this case with two related cases. The Joint Motion has been filed

in Case No. 2:23-cv-00407-HCN-CMR, which is the lowest-numbered case of the three related matters.

DATED this 29th day of April, 2024.

**PARR BROWN GEE & LOVELESS**

By: /s/ Bentley J. Tolk
   Terry E. Welch
   Bentley J. Tolk
   Rodger M. Burge

   *Attorneys for Kevin G. Long, Millcreek Commercial, LLC, and Brent Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, a true and correct copy of the foregoing **NOTICE OF FILING OF JOINT MOTION TO CONSOLIDATE RELATED CASES** was filed through the Court's CM/ECF system, providing notice to all counsel of record.

/s/ Bentley J. Tolk
Bentley J. Tolk