J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
    clangston@mbmlawyers.com
    mhillery@mbmlawyers.com

*Attorneys for Defendant Blake McDougal*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; AND MARY STREET,<br><br>    Defendants. | **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT BLAKE MCDOUGAL TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:23-cv-00936-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendant Blake McDougal ("McDougal") and Plaintiff Kate Grant ("Grant"), by and through their undersigned counsel, hereby stipulate and agree that McDougal may have an extension of time until Tuesday, May 28, 2024, to file his responsive pleading to Grant's Amended Complaint in this matter. Good cause exists as this case is still relatively in its early

stages, and discovery has not yet commenced. A proposed Order is submitted contemporaneous herewith for the Court's consideration.

DATED this 17th day of May 2024.

MITCHELL BARLOW & MANSFIELD, P.C.

/s/ *Christopher A. Langston*
J. Ryan Mitchell
Christopher A. Langston
Mika Hillery

*Attorneys for Defendant Blake McDougal*


CHRISTIANSEN LAW PLLC

/s/ *Stephen K. Christiansen* (signed w/permission via email)
Randall Everett
Stephen K. Christiansen

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2024, I served a true and correct copy of the foregoing **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT BLAKE MCDOUGAL TO FILE A RESPONSIVE PLEADING** via the Court's electronic filing system, which automatically provides a copy to all counsel of record.

/s/  *Christopher A. Langston*