*Order Prepared By:*
J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
       clangston@mbmlawyers.com
       mhillery@mbmlawyers.com

*Attorneys for Defendant Blake McDougal*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KATE GRANT, et al., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; AND MARY STREET, <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT BLAKE MCDOUGAL TO FILE A RESPONSIVE PLEADING** <br><br> Case No. 2:23-cv-00936-DBB-DAO <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Based on the Stipulated Motion for an Extension of Time for Defendant Blake McDougal to File a Responsive Pleading, and for good cause appearing, the Motion is GRANTED, and the Court hereby ORDERS as follows:

1. The time for Defendant Blake McDougal to file his responsive pleading to Grant's Amended Complaint is extended until May 28, 2024.

DATED this _____ day of May 2024.

**BY THE COURT**

_____

Approved as to Form:

CHRISTIANSEN LAW PLLC

/s/ *Stephen K. Christiansen*  (signed w/ permission via email)
Randall Everett
Stephen K. Christiansen

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2024, I served a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT BLAKE MCDOUGAL TO FILE A RESPONSIVE PLEADING** via the Court's electronic filing system, which automatically provides a copy to all counsel of record.

/s/ *Christopher A. Langston*