Stuart H. Schultz, #02886
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
sschultz@strongandhanni.com
*Attorney for Defendant Mary Street*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, et al.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; AND MARY STREET,<br><br>Defendants. | **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT MARY STREET TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:23-cv-00936-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendant Mary Street ("Street") and Plaintiff Kate Grant ("Grant"), by and through their undersigned counsel, hereby stipulate and agree that Street may have an extension of time until Tuesday, May 28, 2024, to file her responsive pleading to Grant's Amended Complaint in this matter. Good cause exists as this case is still relatively in its early stages, and discovery has not yet commenced. A proposed Order is submitted contemporaneously herewith for the Court's consideration.

DATED this 17th day of May 2024.

        STRONG & HANNI

        */s/Stuart H. Schultz*
        Stuart H. Schultz
        *Attorneys for Defendant*
        *Mary Street*

        CHRISTIANSEN LAW PLLC

        */s/ Stephen K. Christiansen (w permission)*
        Randall Everett
        Stephen K. Christiansen
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, I served a true and correct copy of the foregoing **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT MARY STREET TO FILE A RESPONSIVE PLEADING** via the Court's electronic filing system, which automatically provides a copy to all counsel of record.

/s/Jocelyn Lujan