Stuart H. Schultz, #02886
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
sschultz@strongandhanni.com
*Attorney for Defendant Mary Street*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, et al.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; AND MARY STREET,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT MARY STREET TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:23-cv-00936-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Based on the Stipulated Motion for an Extension of Time for Defendant Mary Street to File a Responsive Pleading, and for good cause appearing, the Motion is GRANTED, and the Court hereby ORDERS as follows:

1. The time for Defendant Mary Street to file her responsive pleading to Grant's Amended Complaint is extended until May 28, 2024.

    DATED this _____ day of May 2024.

                                          **BY THE COURT**

                                          _____

Approved as to Form:

CHRISTIANSEN LAW PLLC

*/s/ Stephen K. Christiansen (w permission)*
Randall Everett
Stephen K. Christiansen
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, I served a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT MARY STREET TO FILE A RESPONSIVE PLEADING** via the Court's electronic filing system, which automatically provides a copy to all counsel of record.

*/s/Jocelyn Lujan*