Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:23-cv-00936-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Kate Grant and Karmann Kasten, LLC, plaintiffs, and Kevin Long, Millcreek Commercial Properties, LLC, Colliers International, Brent Smith, Spencer Taylor, Blake McDougal, and Mary Street, defendants, through counsel and pursuant to the Court's Docket Text Order (Dkt. 73), jointly move the Court to enter an order amending the scheduling order in the above-captioned action.

## DISCUSSION

The parties stipulate to and submit this motion for an amended scheduling order in response to the Court's Docket Text Order, Dkt. No. 73. The Court's original scheduling order was approved with the directive that an amended scheduling order would be submitted no later than May 15, 2024, if this case had not been consolidated into two other pending cases by that

date. (Dkt. 50.)[1] The parties submitted the proposed amended scheduling order to chambers pursuant to that directive. The Court's Docket Text Order subsequently directed that the order be submitted pursuant to a stipulated motion. (Dkt. No. 73.) The parties now file this Stipulated Motion to Amend Scheduling Order, together with the attached proposed Stipulated Scheduling Order. Based thereon, the parties respectfully request that this Court enter the Stipulated Scheduling Order.

DATED this 28th day of June, 2024.

CHRISTIANSEN LAW, PLLC

By:     /s/ Stephen K. Christiansen
      Stephen K. Christiansen
      Randall S. Everett
      *Attorneys for Plaintiff*

/s/ Bentley J. Tolk      Date: 06/28/2024
Signature and typed name of Defendant's Attorney
Counsel for Kevin Long, Millcreek Commercial Properties, LLC, and Brent Smith
*(Signed electronically with permission)*

/s/ Justin T. Toth      Date: 06/28/2024
Signature and typed name of Defendant's Attorney
Counsel for Spencer Taylor
*(Signed electronically with permission)*

/s/ Andrew V. Wright      Date: 06/28/2024
Signature and typed name of Defendant's Attorney
Counsel for Colliers International
*(Signed electronically with permission)*

/s/ J. Ryan Mitchell      Date: 06/28/2024
Signature and typed name of Defendant's Attorney
Counsel for Blake McDougal
*(Signed electronically with permission)*

/s/ Stuart H. Schultz      Date: 06/28/2024
Signature and typed name of Defendant's Attorney
Counsel for Mary Street
*(Signed electronically with permission)*

---

[1] *Chris Wilson v. Kevin Long et. al.*, Case No. 2:23-cv-00599-HCN-JCB, and *Patti Klair, et. al. v. Kevin Long, et. al.,* Case No. 2:23-cv-00407-HCN-CMR.

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2024, I caused a true and correct copy of the within and preceding document to be served via the Court's e-filing system on the following.

Terry E. Welch
Bentley J. Tolk
Rodger Burge
PARR BROWN GEE & LOVELESS
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com
*Attorneys for Kevin Long, Millcreek Commercial Properties, and Brent Smith*

J. Ryan Mitchell
Christopher A. Langston
Mika Hillery
MITCHELL BARLOW & MANSFIELD, P.C.
rmitchell@mbmlawyers.com
clangston@mbmlawyers.com
mhillery@mbmlawyers.com
*Attorneys for Defendant Blake McDougal*

Justin T. Toth
Maria E. Windham
Nathan L. Jepson
RAY QUINNEY & NEBEKER P.C.
jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com
*Attorneys for Defendant Spencer Taylor*

James D. Gilson
Andrew V. Wright
David B. Nielson
DENTONS DURHAM JONES PINEGAR P.C.
andy.wright@dentons.com
james.gilson@dentons.com
david.nielson@dentons.com
*Attorneys for Defendant Colliers International*

Stuart H. Schultz
STRONG & HANNI
sschultz@strongandhanni.com
*Attorney for Mary Street*

                                       /s/ Stephen K. Christiansen