Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **NOTICE OF 30(b)(6) DEPOSITION OF MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Civil No. 2:23-cv-00936-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

TO DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 30(b)(6) and DUCivR 30-2, will take the deposition of one or more designated representative(s) of Defendant Millcreek Commercial, LLC ("Millcreek") on July 30, 2024, beginning at 9:30 a.m. (MDT) and continuing until completed, or at such other date and time as may be agreed by counsel. The deposition will be held at Christiansen Law, PLLC, at 311 S. State, Ste. 250, Salt Lake City, UT 84111. The deposition will be on oral examination under oath before a certified court reporter in accordance with the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Civ. P. 30(b)(6), Millcreek shall designate on its behalf one or more officers, directors, managing agents, or other persons to offer testimony as to the subjects described below.

## TOPICS OF EXAMINATION

1. The formation, management, execution, and continuance of Millcreek's Tenancy-In-Common ("TIC") program.

2. Marketing materials used by Millcreek in its advertising and sales of TIC interests at the Naperville property.

3. Representations and communications made by Millcreek to plaintiffs about the TIC program.

4. The value of the Naperville property at the time plaintiffs invested.

5. The bond that Millcreek represented to have been issued by Lloyds of London.

6. Any other bond obtained to cover the Naperville property.

7. Colliers International's relationship with Millcreek.

8. Millrock Fund 1's relationship to Millcreek.

9. Advance Care Medical, Inc. and Healthcare Solutions Holdings Inc.'s ("HSH") tenancy.

10. Neuragenix's tenancy.

11. Millcreek's claims against Neuragenix in Neuragenix's bankruptcy proceedings.

12. The involvement of each of the named defendants in this case with the TIC and with the Naperville property.

13. Millcreek's initial disclosure documents and pleading.

14. Millcreek's responses to discovery requests.

15. Millcreek's determination not to register the TIC offerings with the SEC.

16. The allegations, claims, and defenses in the Amended Complaint and Millcreek's Answer in this case.

DATED this 28th day of June, 2024.

                              CHRISTIANSEN LAW, PLLC

                              By:    /s/ Stephen K. Christiansen
                                     Stephen K. Christiansen
                                     Randall S. Everett
                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2024, I caused a true and correct copy of the within and preceding document to be served via email on the following.

Terry E. Welch
Bentley J. Tolk
Rodger Burge
PARR BROWN GEE & LOVELESS
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com
*Attorneys for Kevin Long, Millcreek Commercial Properties, and Brent Smith*

J. Ryan Mitchell
Christopher A. Langston
Mika Hillery
MITCHELL BARLOW & MANSFIELD, P.C.
rmitchell@mbmlawyers.com
clangston@mbmlawyers.com
mhillery@mbmlawyers.com
*Attorneys for Defendant Blake McDougal*

Justin T. Toth
Maria E. Windham
Nathan L. Jepson
RAY QUINNEY & NEBEKER P.C.
jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com
*Attorneys for Defendant Spencer Taylor*

James D. Gilson
Andrew V. Wright
David B. Nielson
DENTONS DURHAM JONES PINEGAR P.C.
andy.wright@dentons.com
james.gilson@dentons.com
david.nielson@dentons.com
*Attorneys for Defendant Colliers International*

Stuart H. Schultz
STRONG & HANNI
sschultz@strongandhanni.com
*Attorney for Mary Street*

/s/ Stephen K. Christiansen