# EXHIBIT A

Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | **NOTICE OF DEPOSITION OF SPENCER TAYLOR** <br><br> Civil No. 2:23-cv-00936-DBB-DAO <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs will take the deposition of Spencer Taylor, upon oral examination, before a certified court reporter authorized to administer oaths, at the law offices of Christiansen Law, PLLC, 311 S. State Street, Suite 250, Salt Lake City, Utah 84111, beginning at 9:30 a.m. on August 13, 2024, and continuing from time to time until completed.

DATED this 11th day of July, 2024.

CHRISTIANSEN LAW, PLLC

By: _____/s/ Stephen K. Christiansen_____
　　　Stephen K. Christiansen
　　　Randall S. Everett
　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2024, I caused a true and correct copy of the within and preceding document to be served via the Court's e-filing system on the following.

Terry E. Welch
Bentley J. Tolk
Rodger Burge
PARR BROWN GEE & LOVELESS LOVELESS
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com
*Attorneys for Kevin Long, Millcreek Commercial Properties, and Brent Smith*

J. Ryan Mitchell
Christopher A. Langston
Mika Hillery
MITCHELL BARLOW & MANSFIELD, P.C.
rmitchell@mbmlawyers.com
clangston@mbmlawyers.com
mhillery@mbmlawyers.com
*Attorneys for Defendant Blake McDougal*

Justin T. Toth
Maria E. Windham
Nathan L. Jepson
RAY QUINNEY & NEBEKER P.C.
jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com
*Attorneys for Defendant Spencer Taylor*

James D. Gilson
Andrew V. Wright
David B. Nielson
DENTONS DURHAM JONES PINEGAR P.C.
james.gilson@dentons.com
andy.wright@dentons.com
david.nielson@dentons.com
*Attorneys for Defendant Colliers International*

Stuart H. Schultz
STRONG & HANNI
sschultz@strongandhanni.com
*Attorney for Mary Street*

        /s/ Stephen K. Christiansen