Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
       mwindham@rqn.com
       njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KATE GRANT, and KARMANN KASTEN, LLC<br><br>       Plaintiffs,<br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>      Defendants. | **ORDER GRANTING DEFENDANT SPENCER TAYLOR'S SHORT FORM DISCOVERY MOTION TO STAY DEPOSITION**<br><br>Case No. 2:23-CV-00936-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having considered Defendant Spencer Taylor's Short Form Discovery Motion to Stay Deposition (the "Motion") and otherwise being fully advised in the matter, hereby finds that good cause exists for the Motion and ORDERS as follows:

1. The Motion is GRANTED.

2. The deposition of Spencer Taylor is STAYED.

3.  The deposition of Spencer Taylor may be scheduled after the motion to consolidate is resolved, which motion is currently pending in *Patti Klair v. Kevin Long, et. al.*, Case No. 2:23-cv-407.

IT IS SO ORDERED.

DATED this _____ day of July 2024

BY THE COURT:

_____
Magistrate Judge Daphne A Oberg

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of July 2024, I caused a true and correct copy of the foregoing **ORDER GRANTING DEFENDANT SPENCER TAYLOR'S SHORT FORM DISCOVERY MOTION TO STAY DEPOSITION** to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.


*/s/ TerriAnne Gillis*