Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **ORDER DENYING DEFENDANT SPENCER TAYLOR'S SHORT FORM DISCOVERY MOTION TO STAY DEPOSITION**<br><br>Civil No. 2:23-CV-00936-DAO<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having considered Plaintiffs Kate Grant and Karmann Kasten, LLC's Opposition to Defendant Spencer Taylor's Short Form Discovery Motion to Stay Deposition, and otherwise being fully advised in the matter, does not find good cause for the motion and hereby ORDERS that the motion be DENIED.

_____
DAPHNE A. OBERG
United States Magistrate Judge

1