J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
       clangston@mbmlawyers.com
       mhillery@mbmlawyers.com

*Attorneys for Defendant Blake McDougal*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>　　Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(Mika Hillery)**<br><br>Case No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

　　PLEASE TAKE NOTICE that Mika Hillery hereby withdraws as counsel for Defendant Blake McDougal in the above-captioned action. Defendant Blake McDougal will continue to be represented by his counsel J. Ryan Mitchell and Christopher A. Langston of the law firm Mitchell Barlow & Mansfield, P.C.

DATED this 17th day of September 2024.

                                              MITCHELL BARLOW & MANSFIELD, P.C.

                                              /s/ *Mika Hillery*
                                              J. Ryan Mitchell
                                              Christopher A. Langston
                                              Mika Hillery
                                              *Attorneys for Defendant Blake McDougal*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (Mika Hillery)** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

/s/ Angie Beckwith