JOHN E. KEITER (#16487)
**KEITER LAW, P.C.**
1064 S North County Blvd.
Ste. 350
Pleasant Grove, Utah 84062
Telephone: (801) 633-0559
Facsimile:  (801) 776-1121
john@keiterlaw.com

*Attorneys for Brent Smith*

# IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| 3457 HARRISON BLVD, LLC, a Utah limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>DANE GRAHAM, an individual; JACOB BAILEY, an individual; KENNETH R. SILER, an individual; DAVID H. BECKSTRAND, an individual; and DOES 1-20;<br><br>Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br><br>Civil No. 2:23-CV-00936<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that John E. Keiter of and for the law firm Keiter Law, P.C. hereby enters his appearance in the above referenced matter for and on behalf of Brent Smit. Mr. Keiter's appearance is in substitution for attorneys at Parr Brown Gee & Loveless. Please send future notice and correspondence to:

1

JOHN E. KEITER<br>
**KEITER LAW, P.C.**<br>
50 W. Broadway Ste. 307<br>
Salt Lake City, Utah 84111<br>
Telephone: (801) 633-0559<br>
Facsimile:  (801) 776-1121<br>
john@keiterlaw.com

DATED: September 24, 2024.

                                            KEITER LAW, P.C.

                                         /s/    *John E. Keiter*<br>
                                        John E. Keiter<br>
                                        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 24, 2024, I electronically filed a true and correct copy of the foregoing document ECF system which sent notification of such filing to the following:

Stephen K. Christiansen
Randall Everett
CHRISTIANSEN LAW PLLC
311 S State St. Ste. 250
Salt Lake City, Utah 84111
steve@skclawfirm.com
randy@skclawfirm.com
*Attorneys for Plaintiff*

Andrew V. Wright
James D. Gilson
David Bradford Nielson
DENTONS DURHAM JONES & PINEGAR
111 S. Main St., Ste 2400
Salt Lake City, Utah 84110
Andy.wright@dentons.com
James.gilson@dentons.com
David.nielson@dentons.com
*Attorneys for Colliers International*

Terry E. Welch
Bentley J. Tolk
Rodger Moore Burge
PARR BROWN GEE & LOVELESS
101 S 200 E, Ste. 700
Salt Lake City, Utah 84111
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com
*Attorneys for Kevin G. Long and Millcreek Commercial Properties, LLC*

Justin T. Toth
Maria Windham
Nathan L. Jepson
RAY QUINNEY & NEBEKER PC
36 S State Street, Ste. 1400
Salt Lake City, Utah 84145
jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com
*Attorneys for Spencer Taylor*

J. Ryan Mitchell
Christopher A. Langston
MITCHELL BARLOW & MANSFIELD PC
9 Exchange Place, Ste. 600
Salt Lake City, Utah 84111
rmitchell@mbmlawyers.com
clangston@mbmlawyers.com
*Attorneys for Blake McDougal*

Stuart H. Schultz
STRONG & HANNI
9350 S 150 E, Ste. 500
Salt Lake City, Utah 84070
sschultz@strongandhanni.com
*Attorneys for Mary Street*