Stephen K. Christiansen (6512)
Joshua B. Cutler (16434)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
josh@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Notice is hereby given of the entry of the undersigned as counsel for plaintiffs in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notices, communications, copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

> Joshua B. Cutler
> CHRISTIANSEN LAW, PLLC
> 311 South State Street, Ste. 250
> Salt Lake City, Utah 84111
> josh@skclawfirm.com
> Ph. 801.716.7016
> Fax 801.716.7017

DATED this 25th day of September, 2024.

CHRISTIANSEN LAW, PLLC


By: /s/ Joshua B. Cutler
Stephen K. Christiansen
Joshua B. Cutler
Randall S. Everett
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2024, I caused a true and correct copy of the within and foregoing pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.


/s/ Joshua B. Cutler