IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **ORDER DENYING DEFENDANT SPENCER TAYLOR'S SHORT FORM DISCOVERY MOTION TO STAY DEPOSITION**<br><br>Case No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Defendant Spencer Taylor's (Taylor) Short Form Discovery Motion to Stay Deposition (ECF 82) (Motion). Having carefully considered the relevant filings, including Plaintiffs' Response (ECF 83), the court DENIES the Motion for the reasons set forth below.

Taylor requests that his deposition be stayed pending the resolution of the Joint Motion to Consolidate Related Cases (ECF 57) (Motion to Consolidate). The court has since denied the Motion to Consolidate, finding it was "not warranted at the present time" (ECF 84 at 1). Because the Motion to Consolidate was resolved, Taylor no longer has a basis for staying his deposition. As was noted in the earlier order, "the parties should coordinate to take discovery at mutually convenient times and reduce costs" and, if appropriate, may "make more modest requests to join discovery, to avoid unnecessary duplication of effort" (*id.* at 2). Given this update in the matter, the parties are directed to meet and confer regarding the discovery requests at issue in the Motion.

For these reasons, the court DENIES the Motion and ORDERS that the deposition of Taylor proceed.

**IT IS SO ORDERED.**
DATED this 1 October 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah