J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Email: rmitchell@mbmlawyers.com
         clangston@mbmlawyers.com
         ctinney@mbmlayers.com

*Attorneys for Defendant Blake McDougal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DISVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>    Plaintiff,<br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>**(Colby Tinney)**<br><br>Case No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

   PLEASE TAKE NOTICE that the undersigned Colby Tinney of the firm Mitchell Barlow & Mansfield, P.C. hereby enters his appearance as counsel for Defendant Blake McDougal in the above-captioned lawsuit. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

1

J. Ryan Mitchell
Christopher A. Langston
Colby Tinney
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Email: rmitchell@mbmlawyers.com
   clangston@mbmlawyers.com
   ctinney@mbmlayers.com

DATED this 18th day of October 2024.

                MITCHELL BARLOW & MANSFIELD, P.C.

                <u>/s/ Colby Tinney</u>
                J. Ryan Mitchell
                Christopher A. Langston
                Colby Tinney
                *Attorneys for Defendant Blake McDougal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL (Colby Tinney)** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

/s/ Colby Tinney