James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, <br><br> Plaintiffs, <br><br> V. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | **NOTICE OF CHANGE OF ADDRESS** <br><br> Civil No. 2:23-cv-00936 <br><br> Magistrate Judge Cecilia Romero |

PLEASE TAKE NOTICE that as of November 25, 2024, Andrew V. Wright, David B. Nielson, and the law firm of Dentons Durham Jones Pinegar, P.C. (Lehi office) have changed their address. Please send all future correspondence, pleadings and papers in the above referenced action to the following address:

Dentons Durham Jones Pinegar, P.C.
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043

DATED:  November 20, 2024.

                                                       DENTON DURHAM JONES PINEGAR P.C.

                                                       */s/ David B. Nielson*
                                                       James D. Gilson
                                                       Andrew V. Wright
                                                       David B. Nielson
                                                       *Attorneys for Defendant Colliers International*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2024, a true and correct copy of the foregoing was served via the Court's electronic filing to the following:

Stephen K. Christiansen
Joshua B. Cutler
Randall S. Everett
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste 250
Salt Lake City, Utah 84111
*Attorneys for Plaintiffs*

J. Ryan Mitchell
Christopher A. Langston
Colby Tinney
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Ste 600
Salt Lake City, Utah 84111
*Attorneys for Defendant Blake McDougal*

Terry E. Welch
Bentley J. Tolk
Rodger M. Burge
PARR BROWN GEE & LOVELESS
101 South 200 East, Ste 700
Salt Lake City, Utah 84111
*Attorneys for Defendants Kevin Long, Millcreek Commercial Properties, LLC*

Justin T. Toth
Maria E. Windham
Nathan L. Jepson
RAY QUINNEY NEBEKER
36 South State Street, Suite 1400
Salt Lake City, UT 84111
*Attorneys for Defendant Spencer Taylor*

Stuart H. Schultz
STRONG & HANNI
102 South 200 East, Ste 800
Salt Lake City, UT 84111
*Attorney for Defendant Mary Street*

John E. Keiter
KEITER LAW, P.C.
1064 S. North County Blvd, Ste 350
Pleasant Grove, UT 84062
*Attorneys for Brent Smith*

                */s/ Kim Altamriano*