Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long and
Millcreek Commercial Properties, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6, defendants Kevin Long,

Millcreek Commercial Properties, LLC, Colliers International, Brent Smith, Spencer Taylor,

Blake McDougal and Mary Street (collectively, "Defendants"), and plaintiffs Kate Grant and

Karmann Kasten, LLC (collectively, "Plaintiffs"), through their respective counsel of record in

this matter, hereby stipulate and respectfully move the Court to extend the following deadlines in this case as follows:

- Close of fact discovery: from January 10, 2025 to March 11, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – party(ies) bearing burden of proof: from January 24, 2025 to March 25, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – counter disclosures: from February 14, 2025 to April 15, 2025;

- Rule 26-(a)(2) expert reports – party(ies) bearing burden of proof: from February 21, 2025 to April 22, 2025;

- Rule 26-(a)(2) expert reports – counter reports: from March 21, 2025 to May 21, 2025;

- Last day for expert discovery: from April 25, 2025 to June 25, 2025;

- Deadline for filing dispositive or potentially dispositive motions: from May 9, 2025 to July 11, 2025;

- If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date: from May 15, 2025 to TBD; and

- Evaluate case for settlement/ADR: from January 10, 2025 to March 11, 2025.

Good cause exists for the requested extensions because the parties need additional time to conduct fact discovery; to conduct expert discovery; and to complete the other work and deadlines referenced above.

A copy of the proposed Order Extending Certain Case Deadlines is attached as Exhibit "A."

DATED this 4th day of December, 2024.

**PARR BROWN GEE & LOVELESS**

By: /s/ Bentley J. Tolk
    Terry E. Welch
    Bentley J. Tolk
    Rodger M. Burge

*Attorneys for Defendants Kevin Long and Millcreek Commercial Properties, LLC*

**CHRISTIANSEN LAW, PLLC**

By: /s/ Stephen K. Christiansen
    Stephen K. Christiansen
    Joshua B. Cutler
    Randall S. Everett

*Attorneys for Plaintiffs*

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *Andrew V. Wright*
    James D. Gilson
    Andrew V. Wright
    David B. Nielson

*Attorneys for Defendant Colliers International*

**KEITER LAW, P.C.**

By: /s/ *John Keiter*
    John Keiter

*Attorney for Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

    *Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney

    *Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz*
    Stuart H. Schultz

    *Attorneys for Defendant Mary Street*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk