Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long and
Millcreek Commercial Properties, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **[PROPOSED] ORDER EXTENDING CERTAIN CASE DEADLINES**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the parties' Stipulated Motion to Extend Certain Case Deadlines, and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED and that the following deadlines apply in this case:

- Close of fact discovery: March 11, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – party(ies) bearing burden of proof: March 25, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – counter disclosures: April 15, 2025;

- Rule 26-(a)(2) expert reports – party(ies) bearing burden of proof: April 22, 2025;

- Rule 26-(a)(2) expert reports – counter reports: May 21, 2025;

- Last day for expert discovery: June 25, 2025;

- Deadline for filing dispositive or potentially dispositive motions: July 11, 2025;

- If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date: TBD; and

- Evaluate case for settlement/ADR: March 11, 2025.

DATED this _____ day of December, 2024.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

**CHRISTIANSEN LAW, PLLC**

By:  /s/ Stephen K. Christiansen
   Stephen K. Christiansen
   Joshua B. Cutler
   Randall S. Everett

*Attorneys for Plaintiffs*

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *Andrew V. Wright*
    James D. Gilson
    Andrew V. Wright
    David B. Nielson

    *Attorneys for Defendant Colliers International*

**KEITER LAW, P.C.**

By: /s/ *John Keiter*
    John Keiter

    *Attorney for Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

    *Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney

    *Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz*
    Stuart H. Schultz

    *Attorneys for Defendant Mary Street*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2024, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER EXTENDING CERTAIN CASE DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk