Stephen K. Christiansen (6512)
Joshua B. Cutler (16434)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
josh@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | **ORDER GRANTING PLAINTIFFS' SHORT FORM DISCOVERY MOTION** <br><br> Civil No. 2:23-cv-00936-AMA-CMR <br><br> District Judge Ann Marie McIff Allen <br><br> Magistrate Judge Cecilia M. Romero |

The Court, having considered Plaintiffs' Short Form Discovery Motion, and otherwise being fully advised in the matter, finds that good cause exists for the Motion and ORDERS as follows:

1. The Motion is GRANTED.

2. Defendants shall not require that Plaintiffs' depositions be held on consecutive days.

3. If Defendants require that two depositions be held, one must be held virtually to avoid prejudice to Plaintiffs with excessive travel costs and missed time from work.

IT IS SO ORDERED.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2025, I caused a true and correct copy of the **ORDER GRANTING PLAINTIFFS' SHORT FORM DISCOVERY MOTION** to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

                                        /s/ Stephen K. Christiansen