Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **[PROPOSED] ORDER DENYING PLAINTIFFS' SHORT FORM DISCOVERY MOTION**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

The Court having considered Plaintiffs' Short Form Discovery Motion and the Response in Opposition to Plaintiffs' Short Form Discovery Motion, and being fully advised in the matter,

IT IS HEREBY ORDERED that (1) the Motion is **DENIED**; and (2) Defendants Kevin Long and Millcreek Commercial Properties, LLC are entitled to take the combined depositions of Plaintiffs Kate Grant and Karmann Kasten, LLC in person in Salt Lake City, Utah on two

consecutive days for a period of up to 14 hours.

DATED this ___ day of January, 2025.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER DENYING PLAINTIFFS' SHORT FORM DISCOVERY MOTION** via the CM/ECF system on all counsel of record:

*/s/ Bentley J. Tolk*