Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.4, Terry E. Welch, Bentley J. Tolk and Rodger M. Burge of the law firm Parr Brown Gee and Loveless hereby individually and collectively move the Court for leave for each of them to withdraw as counsel for Defendant Millcreek Commercial Properties, LLC ("Millcreek") (but **not** for Defendant Kevin Long) in the above-captioned action. Withdrawal is necessary because Millcreek has ceased operations.

Millcreek's last-known contact information is as follows:

Millcreek Commercial, LLC
1064 S. North County Blvd., Suite 350
Pleasant Grove, UT 84062
kevin@millcreekcommercial.com
(385) 248-0613

Millcreek consents to the withdrawal.

There are no scheduled hearings. On January 9, 2025, Plaintiffs filed a Short Form Discovery Motion. Kevin Long and Millcreek on January 16, 2025 filed a Response in Opposition to that Motion, and the Short Motion Discovery Motion is pending. The fact discovery cutoff in this case is March 11, 2025; the expert discovery cutoff is June 25, 2025; and the dispositive motion deadline is July 11, 2025.

The undersigned attorneys hereby certify that this Motion is being filed with the Court and thereby served on all parties, and that a copy of this Motion is also concurrently being served on Millcreek by email and by certified mail via the U.S. Postal Service at the addresses listed above.

A copy of a proposed order is attached hereto as Exhibit A.

DATED this 22nd day of January, 2025.

        PARR BROWN GEE & LOVELESS

        By: /s/ *Terry E. Welch*
            Terry E. Welch

        By: /s/ *Bentley J. Tolk*
            Bentley J. Tolk

        By: /s/ *Rodger M. Burge*
            Rodger M. Burge

        *Attorneys for Kevin Long and Millcreek Commercial Properties, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2025, I caused to be served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk