Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Motion to Withdraw as Counsel for Defendant Millcreek Commercial Properties, LLC filed by Terry E. Welch, Bentley J. Tolk, and Rodger M. Burge (collectively, "Counsel"), and the law firm of Parr Brown Gee & Loveless, P.C., and pursuant to DUCIVR 83-1.4, the Court ORDERS that Counsel may each withdraw, and are each hereby removed, solely as counsel for Defendant Millcreek Commercial Properties, LLC ("Client") in this case.

With regard to Client's continued representation in this case, the Court ORDERS as follows: For entity parties (like Client): New counsel shall file a Notice of Appearance on behalf

of any corporation, association, partnership or other artificial entity whose attorney has withdrawn. Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

\_\_\_\_\_   All litigation dates pursuant to the controlling scheduling order remain in effect.

\_\_\_\_\_   A scheduling conference is scheduled for _____, \_\_\_\_ at \_\_\_\_\_ \_\_.m.

\_\_\_\_\_   The action shall be stayed until twenty-one (21) days after entry of this order.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the address set forth in the Motion to Withdraw as Counsel for Defendant Millcreek Commercial Properties, LLC and to all other parties.

DATED this \_\_ day of January, 2025.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2025, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk