# EXHIBIT B

1/29/25, 11:00 AM                                    Utah Business Registration

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

KGL REAL ESTATE DEVELOPMENT PLLC

**Assumed Name:**

N/A

**Entity Type:**

Domestic Limited Liability Company

**Entity Number:**

9189112-0162

**Entity Subtype:**

Professional Limited Liability Company

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

12/19/2024

**Formation Date:**

10/14/2014

**Renew By Date:**

10/31/2025

**Formation Effective Date:**

10/14/2014

**Last Renewed Date:**

12/19/2024

## REGISTERED AGENT INFORMATION

**Name:**

KEVIN LONG

**Registered Agent Type:**

Individual

**Street Address:**

149 NORTH 980 EAST, LINDON, UT, 84042, USA

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Member | Kevin Long | 149 North 980 East, Lindon, UT, 84042, USA | 09/13/2024 |

Page 1 of 1, records 1 to 1 of 1

## ADDRESS INFORMATION

**Physical Address:**

149 North 980 East, Lindon, UT, 84042, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

1/29/25, 11:00 AM                                        Utah Business Registration

**SERVICE OF PROCESS INFORMATION**

Service of Process Name:

KGL REAL ESTATE DEVELOPMENT PLLC

Last Updated:

9/13/2024 8:42:59 PM:

Service of Process Address:

149 North 980 East, Lindon, UT, 84042, USA

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results