# EXHIBIT C

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

KGL ADVISORS, LLC

**Assumed Name:**

N/A

**Entity Type:**

Domestic Limited Liability Company

**Entity Number:**

14510654-0160

**Entity Subtype:**

Limited Liability Company

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

11/12/2024

**Formation Date:**

11/08/2024

**Renew By Date:**

11/30/2025

**Formation Effective Date:**

11/11/2024

**Last Renewed Date:**

N/A

## REGISTERED AGENT INFORMATION

**Name:**

Kevin G Long

**Registered Agent Type:**

Individual

**Street Address:**

149 N 980 E, Lindon, UT, 84042, USA

**Last Updated:**

11/12/2024 1:20:09 PM

## ADDRESS INFORMATION

**Physical Address:**

149 N 980 E, Lindon, UT, 84042, USA

**Updated Date:**

11/12/2024 1:20:09 PM

**Mailing Address:**

149 N 980 E, Lindon, UT, 84042, USA

**Updated Date:**

11/12/2024 1:20:09 PM

Filing History        Name History        Mergers/Conversions

1/29/25, 1:46 PM                                    Utah Business Registration

Return to Search        Return to Results