# EXHIBIT D

1/29/25, 10:54 AM	Utah Business Registration

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC

**Assumed Name:**

N/A

**Entity Type:**

Domestic Limited Liability Company

**Entity Number:**

10360744-0160

**Entity Subtype:**

Limited Liability Company

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Delinquent

**Status Date:**

09/16/2024

**Formation Date:**

04/27/2017

**Renew By Date:**

04/30/2024

1/29/25, 10:54 AM                                             Utah Business Registration

**Formation Effective Date:**

04/27/2017

**Last Renewed Date:**

02/18/2023

### REGISTERED AGENT INFORMATION

**Name:**

KEVIN LONG

**Registered Agent Type:**

Individual

**Street Address:**

1064 S NORTH COUNTY BLVD, PLEASANT GROVE, UT, 84062, USA

**Last Updated:**

9/13/2024 9:22:44 PM

### PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | KEVIN LONG | 149 N 980 E, LINDON, UT, 84042, USA | 09/13/2024 |

Page 1 of 1, records 1 to 1 of 1

### ADDRESS INFORMATION

**Physical Address:**

1064 S NORTH COUNTY BLVD, SUITE 350, PLEASANT GROVE, UT, 84062, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**



1/29/25, 10:54 AM — Utah Business Registration

### SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

1064 S NORTH COUNTY BLVD, SUITE 350, PLEASANT GROVE, UT, 84062, USA

Filing History   Name History   Mergers/Conversions

Return to Search   Return to Results