Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin G. Long*
*and Millcreek Commercial Properties, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>    Defendants. | **JOINT STATUS REPORT REGARDING FACT DISCOVERY**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Kevin G. Long, Millcreek Commercial Properties, LLC, Colliers International, Brent Smith, Spencer Taylor, Blake McDougal and Mary Street (collectively, "Defendants"), and Plaintiffs Kate Grant and Karmann Kasten, LLC (collectively, "Plaintiffs"), by and through their respective counsel of record, submit this Joint Status Report Regarding Fact Discovery pursuant to the Court's July 2, 2024 Discovery Management Order (Dkt. 79) in this case.

To date, the parties have exchanged Rule 26(a)(1) initial disclosures; served and responded to written discovery requests; and participated in the taking of five depositions. Documents and a deposition are also in the process of being sought through third-party subpoenas. The parties need to take at least four to five additional depositions, one of which is the combined deposition or depositions of Plaintiffs. Plaintiffs' Short Form Discovery Motion regarding the combined deposition or depositions of Plaintiffs is currently pending.

The parties are also engaged in settlement discussions and are exploring the possibility of reaching an amicable resolution of this case.

The parties do not anticipate being able to complete all necessary fact discovery prior to the expiration of the current March 11, 2025 fact discovery cutoff. As a result, the parties will be filing in the near future a stipulated motion for a 60-day extension of the fact discovery cutoff. Since the initial Complaint in this case was filed on December 29, 2023, the parties do not believe that the contemplated extension of the fact discovery cutoff to approximately May 12, 2025 would prolong the case beyond three years from the date it was filed.

DATED this 11th day of February, 2025.

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk*
Rodger M. Burge
Terry E. Welch
Bentley J. Tolk

*Attorneys for Defendants Kevin G. Long and Millcreek Commercial Properties, LLC*

**CHRISTIANSEN LAW, PLLC**

By:  /s/ *Randall S. Everett w/ permission*
    Stephen K. Christiansen
    Joshua B. Cutler
    Randall S. Everett

    *Attorneys for Plaintiffs*


**DENTONS DURHAM JONES & PINEGAR PC**

By:  /s/ *James D. Gilson w/ permission*
    James D. Gilson
    Andrew V. Wright
    David B. Nielson

    *Attorneys for Defendant Colliers International*

**KEITER LAW, P.C.**

By:  /s/ *John Keiter w/ permission*
    John Keiter

    *Attorney for Defendant Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By:  /s/ *Nathan L. Jepson w/ permission*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

    *Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By:  /s/ *J. Ryan Mitchell w/ permission*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney

    *Attorneys for Defendant Blake McDougal*

4930-9733-3273

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz w/ permission*
    Stuart H. Schultz

*Attorneys for Defendant Mary Street*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2025, I caused to be served a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING FACT DISCOVERY** via the CM/ECF system on all counsel of record.

*/s/ Bentley J. Tolk*