Stephen K. Christiansen (6512)
Randall S. Everett (18916)
Joshua B. Cutler (16434)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com
josh@skclawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | **PLAINTIFFS' RULE 7.1 DISCLOSURE** <br><br> Civil No. 2:23-cv-00936-AMA-CMR <br><br> District Judge Ann Marie McIff Allen <br><br> Magistrate Judge Cecilia M. Romero |

Plaintiffs hereby make their disclosure under Fed. R. Civ. P. 7.1.

Karmann Kasten, LLC, has no parent entity and is not a publicly held entity.

Jurisdiction in this case is not founded upon diversity of citizenship.

DATED this 19th day of February, 2025.

CHRISTIANSEN LAW, PLLC

By: _____/s/ Stephen K. Christiansen_____
Stephen K. Christiansen
Randall S. Everett
*Attorneys for Plaintiffs*