Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin G. Long and Millcreek Commercial Properties, LLC*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND CERTAIN DEADLINES**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6, and as reflected in the parties' joint-status report, (*see* ECF No. 101), defendants Kevin G. Long, Millcreek Commercial Properties, LLC, Colliers International, Brent Smith, Spencer Taylor, Blake McDougal and Mary Street (collectively, "Defendants"), and plaintiffs Kate Grant and Karmann Kasten, LLC (collectively,

"Plaintiffs"), through their respective counsel of record in this matter, hereby stipulate and respectfully move the Court to extend the following deadlines in this case as follows:

- Close of fact discovery: from March 11, 2025 to May 13, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – party(ies) bearing burden of proof: from March 25, 2025 to May 27, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – counter disclosures: from April 15, 2025 to June 17, 2025;

- Rule 26-(a)(2) expert reports – party(ies) bearing burden of proof: from April 22, 2025 to June 24, 2025;

- Rule 26-(a)(2) expert reports – counter reports: from May 21, 2025 to July 23, 2025;

- Last day for expert discovery: from June 25, 2025 to August 27, 2025;

- Deadline for filing dispositive or potentially dispositive motions: from July 11, 2025 to September 12, 2025;

- If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date: from July 17, 2025 to TBD; and

- Evaluate case for settlement/ADR: from March 11, 2025 to May 13, 2025.

Good cause exists for the requested extension because (1) the parties are beginning substantive settlement discussions, and they believe that their resources should be devoted to settlement negotiations for a period of time; and (2) the parties need additional time to complete

fact discovery. The parties do not anticipate seeking a further extension on the fact discovery cutoff absent unforeseen, extenuating circumstances.

This Motion is timely because the fact discovery cutoff and the other deadlines set forth above have not expired.

A copy of the proposed Order Extending Certain Deadlines is attached as Exhibit "A."

DATED this 20th day of February, 2025.

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk*
    Terry E. Welch
    Bentley J. Tolk
    Rodger M. Burge

    *Attorneys for Defendants Kevin G. Long and Millcreek Commercial Properties, LLC*

**CHRISTIANSEN LAW, PLLC**

By: /s/ *Stephen K. Christiansen*
    Stephen K. Christiansen
    Joshua B. Cutler
    Randall S. Everett

    *Attorneys for Plaintiffs*

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *Andrew V. Wright*
    James D. Gilson
    Andrew V. Wright
    David B. Nielson

    *Attorneys for Defendant Colliers International*

**KEITER LAW, P.C.**

By: /s/ *John Keiter*
    John Keiter

*Attorney for Defendant Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

*Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney

*Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz*
    Stuart H. Schultz

*Attorneys for Defendant Mary Street*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2025, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND CERTAIN DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk