# EXHIBIT A

Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin G. Long and Millcreek Commercial Properties, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>    Defendants. | **[PROPOSED] ORDER EXTENDING CERTAIN DEADLINES**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the parties' Stipulated Motion to Extend Certain Deadlines, and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED and that the following deadlines apply in this case:

- Close of fact discovery: May 13, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – party(ies) bearing burden of proof: May 27, 2025;

- Rule 26-(a)(2) expert disclosures (subject and identity of experts) – counter disclosures: June 17, 2025;

- Rule 26-(a)(2) expert reports – party(ies) bearing burden of proof: June 24, 2025;

- Rule 26-(a)(2) expert reports – counter reports: July 23, 2025;

- Last day for expert discovery: August 27, 2025;

- Deadline for filing dispositive or potentially dispositive motions: September 12, 2025;

- If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date: TBD; and

- Evaluate case for settlement/ADR: May 13, 2025.

DATED this _____ day of February, 2025.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

**CHRISTIANSEN LAW, PLLC**

By: _/s/ Stephen K. Christiansen_
　　Stephen K. Christiansen

　　*Attorneys for Plaintiffs*

4934-9867-4201                                      2

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *Andrew V. Wright*
    Andrew V. Wright

*Attorneys for Defendant Colliers International*

**KEITER LAW, P.C.**

By: /s/ *John Keiter*
    John Keiter

*Attorney for Defendant Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Justin T. Toth*
    Justin T. Toth

*Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell*
    J. Ryan Mitchell

*Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**
By: /s/ *Stuart H. Schultz*
    Stuart H. Schultz

*Attorneys for Defendant Mary Street*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2025, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER EXTENDING CERTAIN DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk