Stuart H. Schultz, #02886
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
sschultz@strongandhanni.com
*Attorney for Defendant Mary Street*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT AND KARMANN KASTEN, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | **DEFENDANT MARY STREET'S RULE 7.1 DISCLOSURE** <br><br> Case No.: 2:23-cv-00936 <br><br> Judge: |

Defendant Mary Street ("Street") makes this Rule 7.1 disclosure. Street is not an entity. She is a citizen of the United States and the State of Utah. Plaintiffs have confirmed in their disclosure that jurisdiction is not founded upon diversity of citizenship.

DATED this 21st day of February 2025.

STRONG & HANNI

By /s/ Stuart H. Schultz
_____
Stuart H. Schultz

*Attorney for Defendant Mary Street*

## CERTIFICATE OF SERVICE

I hereby certify that on this Friday, February 21, 2025, I caused the foregoing **DEFENDANT MARY STREET'S RULE 7.1 DISCLOSURE** was served by the method indicated below on the following:

| | | |
|---|---|---|
| Stephen K. Christiansen (6512) | ( ) | U.S. Mail, Postage Prepaid |
| Randall S. Everett (18916) | ( ) | Hand Delivery |
| CHRISTIANSEN LAW, PLLC | ( ) | Overnight Mail |
| 311 South State Street, Ste. 250 | ( ) | E-mail |
| Salt Lake City, Utah 84111 | (X) | E-filing Notification |
| Telephone: 801.716.7016 | | |
| Facsimile: 801.716.7017 | | |
| steve@skclawfirm.com | | |
| randy@skclawfirm.com | | |
| *Attorneys for Plaintiffs* | | |

| | | |
|---|---|---|
| Bentley J. Tolk | ( ) | U.S. Mail, Postage Prepaid |
| Rodger Moore Burge | ( ) | Hand Delivery |
| Terry E. Welch | ( ) | Overnight Mail |
| PARR BROWN GEE & LOVELESS | ( ) | E-mail |
| 101 S 200 E STE 700 | (X) | E-filing Notification |
| SALT LAKE CITY, UT 84111 | | |
| (801) 532-7840 | | |
| btolk@parrbrown.com | | |
| rburge@parrbrown.com | | |
| twelch@parrbrown.com | | |
| Paralegal: cyancey@parrbrown.com | | |
| *Attorneys for Kevin Long* | | |

| | | |
|---|---|---|
| JOHN E. KEITER (#16487) | ( ) | U.S. Mail, Postage Prepaid |
| KEITER LAW, P.C. | ( ) | Hand Delivery |
| 50 W. Broadway Ste. 307 | ( ) | Overnight Mail |
| Salt Lake City, Utah 84111 | ( ) | E-mail |
| Telephone: (801) 633-0559 | (X) | E-filing Notification |
| Facsimile: (801) 776-1121 | | |
| john@keiterlaw.com | | |
| *Attorney for Brent Smith* | | |

| | | |
|---|---|---|
| James D. Gilson (5472) | ( ) | U.S. Mail, Postage Prepaid |
| james.gilson@dentons.com | ( ) | Hand Delivery |
| DENTONS DURHAM JONES | ( ) | Overnight Mail |
| PINEGAR P.C. | ( ) | E-mail |
| 111 South Main Street, Suite 2400 | (X) | E-filing Notification |
| Salt Lake City, UT 84111 | | |
| Telephone: (801) 415-3000 | | |
| | | |
| Andrew V. Wright (11071) | | |
| andy.wright@dentons.com | | |
| David B. Nielson (16531) | | |
| david.nielson@dentons.com | | |
| DENTONS DURHAM JONES | | |
| PINEGAR P.C. | | |
| 1557 W. Innovation Way, Suite 400 | | |
| Lehi, Utah 84043 | | |
| Telephone: (801) 375-6600 | | |
| *Attorneys for Colliers International* | | |

| | | |
|---|---|---|
| J. Ryan Mitchell | ( ) | U.S. Mail, Postage Prepaid |
| Christopher A. Langston | ( ) | Hand Delivery |
| Mika Hillery | ( ) | Overnight Mail |
| MITCHELL BARLOW & | ( ) | E-mail |
| MASFIELD PC | (X) | E-filing Notification |
| 9 Exchange Pl Ste 600 | | |
| Salt Lake City, Utah 84111 | | |
| rmitchell@mbmlawyers.com | | |
| clangstron@mbmlawyers.com | | |
| mhillery@mbmlawyers.com | | |
| *Attorneys for Blake McDougal* | | |

| | | |
|---|---|---|
| | ( ) | U.S. Mail, Postage Prepaid |
| Justin T. Toth | ( ) | Hand Delivery |
| Maria E. Windham | ( ) | Overnight Mail |
| Nathan L. Jepson | ( ) | E-mail |
| RAY QUINNEY & NEBEKER PC | (X) | E-filing Notification |
| 36 S. State St. STE 1400 | | |
| PO Box 45385 | | |
| Salt Lake City, Utah 84145 | | |
| Jtoth@rqn.com | | |
| mwindham@rqn.com | | |
| njepson@rqn.com | | |
| *Attorneys for Spencer Taylor* | | |

*/s/ LaNae Holland*