James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN,<br><br>Plaintiffs,<br><br>V.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **DEFENDANT COLLIERS INTERNATIONAL'S RULE 7.1 DISCLOSURE**<br><br><br>Civil No. 2:23-cv-00936<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia Romero |

Pursuant to the Court's order on February 19, 2025, Defendant Colliers International makes this disclosure under Fed. R. Civ. P. 7.1: "Colliers International" was misnamed in plaintiffs' Complaint in this action and does not exist. Colliers International Intermountain, LLC is a Delaware limited liability company whose principal place of business is in Salt Lake County,

1
UC

Utah, and whose majority member is Colliers International Holdings (USA), Inc., a Delaware corporation.

Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

DATED:  February 21, 2025.

DENTON DURHAM JONES PINEGAR P.C.


*/s/ James Gilson*
James D. Gilson
Andrew V. Wright
David B. Nielson
*Attorneys for Defendant Colliers International*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2025, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

*/s/ Kim Altamriano*
