Brian N. Platt (#17099)
bplatt@wnlaw.com
Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
Ryan C. Morris (#19019)
rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Defendant Brent Smith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT AND KARMANN KASTEN, LLC, | Case No: 2:23-cv-00936-AMA-CMR |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, | District Judge Ann Marie McIff Allen  Magistrate Judge Cecilia M. Romero |
| Defendants. | |

Notice is hereby given of the entry of the undersigned as counsel for Defendant Brent Smith in the above-captioned action. All further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Brian N. Platt
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: bplatt@wnlaw.com

Chad E. Nydegger
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: cnydegger@wnlaw.com

Ryan C. Morris
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: rmorris@wnlaw.com

DATED this 24th day of February, 2025.

        WORKMAN NYDEGGER

        By: */s/ Brian N. Platt*
        Brian N. Platt
        Chad E. Nydegger
        Ryan C. Morris

        *Attorneys for Brent Smith*