Brian N. Platt (#17099)
bplatt@wnlaw.com
Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
Ryan C. Morris (#19019)
rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Defendant Brent Smith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT AND KARMANN KASTEN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET, <br><br> Defendants. | Case No: 2:23-cv-00936-AMA-CMR <br><br> **DEFENDANT BRENT SMITH'S RULE 7.1 DISCLOSURE** <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Cecilia M. Romero |

Defendant Brent Smith ("Smith") makes this Rule 7.1 disclosure. Smith is not an entity. He is a citizen of the United States and the State of Utah.

1

DATED this 24th day of February, 2025.

                              WORKMAN NYDEGGER

                              By: */s/ Brian N. Platt*
                              Brian N. Platt
                              Chad E. Nydegger
                              Ryan C. Morris

                              *Attorneys for Brent Smith*