Brian N. Platt (#17099)
bplatt@wnlaw.com
Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
Ryan C. Morris (#19019)
rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Defendant Brent Smith*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT AND KARMANN KASTEN, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>  Defendants. | Case No: 2:23-cv-00936-AMA-CMR<br><br>**NOTICE OF APPEARANCE**<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Notice is hereby given of the entry of the undersigned as counsel for Defendant Brent Smith in the above-captioned action. All further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Brian N. Platt
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: bplatt@wnlaw.com

Chad E. Nydegger
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: cnydegger@wnlaw.com

Ryan C. Morris
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, Utah 84111
Tel: (801) 533-9800
Email: rmorris@wnlaw.com

DATED this 24th day of February, 2025.

    WORKMAN NYDEGGER

    By: */s/ Ryan C. Morris*
    Brian N. Platt
    Chad E. Nydegger
    Ryan C. Morris

    *Attorneys for Brent Smith*