Stephen K. Christiansen (6512)
Randall S. Everett (18916)
Joshua B. Cutler (16434)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com
josh@skclawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **PLAINTIFFS' AMENDED RULE 7.1 DISCLOSURE**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiffs hereby make their amended disclosure under Fed. R. Civ. P. 7.1 and this Court's docket text order #116 entered February 26, 2025.

Plaintiff Kate Grant is a citizen of the State of Colorado. She is the sole member of plaintiff Karmann Kasten, LLC, a Colorado limited liability company.

DATED this 26th day of February, 2025.

CHRISTIANSEN LAW, PLLC

By:   /s/ Stephen K. Christiansen
      Stephen K. Christiansen
      Joshua B. Cutler
      Randall S. Everett
      *Attorneys for Plaintiffs*