James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN,<br><br>Plaintiffs,<br><br>V.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **DEFENDANT COLLIERS INTERNATIONAL'S AMENDED RULE 7.1 DISCLOSURE**<br><br><br>Civil No. 2:23-cv-00936<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia Romero |

Pursuant to the Court's orders of February 19 and 26, 2025, Defendant Colliers International makes this amended and supplemental disclosure under Fed. R. Civ. P. 7.1.

"Colliers International" was misnamed in plaintiffs' Complaint in this action and does not exist. Colliers International Intermountain, LLC is a Delaware limited liability company whose principal place of business is in Salt Lake County, Utah, and whose majority member is Colliers

International Holdings (USA), Inc., a Delaware corporation. The other members of Colliers International Intermountain, LLC are individual persons, to wit: Brandon D. Fugal, Tim Simonsen, and Stuart Thain, who reside in and are citizens of Utah.

Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

DATED:  February 27, 2025.

                                                  DENTON DURHAM JONES PINEGAR P.C.

                                                  */s/ James Gilson*
                                                  James D. Gilson
                                                  Andrew V. Wright
                                                  David B. Nielson
                                                  *Attorneys for Defendant Colliers International*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February 2025, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

                                                  */s/ Kim Altamriano*