Stuart H. Schultz, #02886
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
sschultz@strongandhanni.com
*Attorneys for Defendant Mary Street*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| KATE GRANT AND KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **APPENDIX OF EXHIBITS: DEFENDANT MARY STREET'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No.: 2:23-cv-00936-AMA-CMR<br><br>District Judge Anne Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |
|---|---|

Pursuant to Local Rule 56-1(e), Fed. R. Civ. P., Defendant Mary Street, respectfully submit this Appendix of Exhibits in Support of Washington County Defendant Mary Street's Motion for Summary Judgment and Memorandum in Support.

### LIST OF EXHIBITS NOT ALREADY IN THE RECORD

| Ex. | Description of Exhibit | Source |
|---|---|---|
| 1 | Warranty Deed | n/a |
| 2 | 1031 Exchange Documentation | n/a |
| 3 | 3/3/2021 Estimated Settlement Statement | n/a |
| 4 | ACM Marketing Materials | n/a |

| 5 | 12/11/24 Plaintiffs' Response to Mary Street's Request for Admission No. 1. | n/a |
| --- | --- | --- |
| 6 | 3/17/2021 Email Street to Grant | n/a |
| 7 | Lease Administration Agreement between CAMS and Plaintiffs | n/a |
| 8 | Mary Street Deposition Transcript | n/a |
| 9 | NGX Marketing Flyer | n/a |
| 10 | TIC Agreement | n/a |
| 11 | Mary Street's Response to Interrogatory No. 8 of Plaintiff's Second Set of Discovery Requests. | n/a |

DATED this 27th day of February 2025.

STRONG & HANNI

/s/ Stuart H. Schultz

_____
Stuart H. Schultz
*Attorney for Mary Street*

## CERTIFICATE OF SERVICE

I hereby certify that on this Thursday, February 27, 2025, I caused the foregoing **APPENDIX OF EXHIBITS: DEFENDANT MARY STREET'S MOTION FOR SUMMARY JUDGMENT** was served by the method indicated below on the following:

| | | |
|---|---|---|
| Stephen K. Christiansen | ( ) | U.S. Mail, Postage Prepaid |
| Randall S. Everett | ( ) | Hand Delivery |
| CHRISTIANSEN LAW, PLLC | ( ) | Overnight Mail |
| 311 South State Street, Ste. 250 | ( ) | E-mail |
| Salt Lake City, Utah 84111 | (X) | E-filing Notification |
| steve@skclawfirm.com | | |
| randy@skclawfirm.com | | |
| *Attorneys for Plaintiffs* | | |
| | | |
| Bentley J. Tolk | ( ) | U.S. Mail, Postage Prepaid |
| Rodger Moore Burge | ( ) | Hand Delivery |
| Terry E. Welch | ( ) | Overnight Mail |
| PARR BROWN GEE & LOVELESS | ( ) | E-mail |
| 101 S 200 E STE 700 | (X) | E-filing Notification |
| Salt Lake City, UT 84111 | | |
| btolk@parrbrown.com | | |
| rburge@parrbrown.com | | |
| twelch@parrbrown.com | | |
| Paralegal: cyancey@parrbrown.com | | |
| *Attorneys for Kevin Long* | | |
| | | |
| John E. Keiter | ( ) | U.S. Mail, Postage Prepaid |
| KEITER LAW, P.C. | ( ) | Hand Delivery |
| 50 W. Broadway Ste. 307 | ( ) | Overnight Mail |
| Salt Lake City, Utah 84111 | ( ) | E-mail |
| john@keiterlaw.com | (X) | E-filing Notification |
| *Attorney for Brent Smith* | | |
| | | |
| Brian N. Platt | ( ) | U.S. Mail, Postage Prepaid |
| Chad E. Nydegger | ( ) | Hand Delivery |
| Ryan C. Morris | ( ) | Overnight Mail |
| WORKMAN NYDEGGER | ( ) | E-mail |
| 60 E. South Temple St., Ste 1000 | (X) | E-filing Notification |
| Salt Lake City, Utah 84111 | | |

bplatt@wnlaw.com
cnydegger@wnlaw.com
rmorris@wnlaw.com
*Attorneys for Brent Smith*

| | | |
|---|---|---|
| Andrew V. Wright | ( ) | U.S. Mail, Postage Prepaid |
| David B. Nielson | ( ) | Hand Delivery |
| James D. Gilson | ( ) | Overnight Mail |
| DENTONS DURHAM JONES PINEGAR P.C. | ( ) | E-mail |
| 1557 W. Innovation Way, Suite 400 | (X) | E-filing Notification |
| Lehi, Utah 84043 | | |

andy.wright@dentons.com
david.nielson@dentons.com
james.gilson@dentons.com
*Attorneys for Colliers International*

| | | |
|---|---|---|
| J. Ryan Mitchell | ( ) | U.S. Mail, Postage Prepaid |
| Christopher A. Langston | ( ) | Hand Delivery |
| Mika Hillery | ( ) | Overnight Mail |
| MITCHELL BARLOW & MASFIELD PC | ( ) | E-mail |
| 9 Exchange Pl Ste 600 | (X) | E-filing Notification |
| Salt Lake City, Utah 84111 | | |

rmitchell@mbmlawyers.com
clangstron@mbmlawyers.com
mhillery@mbmlawyers.com
*Attorneys for Blake McDougal*

| | | |
|---|---|---|
| Justin T. Toth | ( ) | U.S. Mail, Postage Prepaid |
| Maria E. Windham | ( ) | Hand Delivery |
| Nathan L. Jepson | ( ) | Overnight Mail |
| RAY QUINNEY & NEBEKER PC | ( ) | E-mail |
| 36 S. State St. STE 1400 | (X) | E-filing Notification |
| PO Box 45385 | | |
| Salt Lake City, Utah 84145 | | |

Jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com
*Attorneys for Spencer Taylor*

/s/ Andi T. Sanchez