# EXHIBIT 1

R2021026278
KAREN A. STUKEL
WILL COUNTY RECORDER
RECORDED ON
03/08/2021 01:38:30 PM
RECORDING FEES: 42.00
IL RENTAL HSNG: 9.00
CONSIDERATION: 153,750.00
WILL COUNTY TAX: 77.00
IL STATE TAX: 154.00
PAGES: 3
KAK

# WARRANTY DEED
# GENERAL

PREPARED BY:
Millrock Investment Fund I, LLC
2100 W. Pleasant Grove Blvd., Ste. 200
Pleasant Grove, UT 84062

SEND SUBSEQUENT TAX BILLS
AND WHEN RECORDED MAIL TO:
Millrock Investment Fund I, LLC
2100 W. Pleasant Grove Blvd., Ste. 200
Pleasant Grove, UT 84062

File No.: 304613NCT-7

## WARRANTY DEED

THIS INDENTURE, made on the 3rd day of March, 2021, by and between **MILLROCK INVESTMENT FUND I, LLC, a Utah limited liability company** ("Grantor"), and **KARMANN KASTEN LLC, a Colorado limited liability company, as to a 3.0241% interest as a tenant in common**, whose address is 326 Main Street, Sterling, CO 80751 ("Grantee").

### WITNESSETH:

That Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents SELL AND CONVEY A 3.0241% INTEREST AS A TENANT IN COMMON unto said Grantee, its successors and assigns, the lot of land lying, being, and situated in the County of Will, State of Illinois, and more fully described on Exhibit "A", attached hereto and incorporated herein by reference, together with all buildings, facilities and other improvements, located thereon.

And the Grantor, for itself, and its successors, does covenant, promise and agree, to and with the Grantee, its successors and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited, and that the said premises, against all persons lawfully claiming, or to claim the same, by through or under, it will warrant and defend.

SUBJECT TO: All 2021 Real Estate taxes and all taxes and assessments subsequent thereto.

SUBJECT TO: All covenants, easements, and restrictions of record or apparent.

MILLCREEK-GRANT000055

MILLROCK INVESTMENT FUND 1, LLC

By Kevin Long, Manager

STATE OF UTAH

COUNTY OF UTAH

On this 3rd day of March, 2021, personally before me appeared Kevin Long, Manager of Millrock Investment Fund 1, LLC, who proven on the basis of satisfactory evidence is the Manager of said entity and that said document was signed by him/her on behalf of said entity by authority of the articles of organization and/or operating agreement, and acknowledged to me that said company executed the same.

Notary Public
Residing In: SALTLAKE CITY, UT
Commission Expires: 03-19-2024



BRENT ROLAND SMITH
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 711179
COMM. EXP. 03-19-2024

```
City of Naperville IL
Miscellaneous - RETXWC - 2021
004130-0006 Rodrigo   03/08/2021 12:41PM
REAL ESTATE TRANSFER TAX - WILL/COMM (RE
2975
SHOWPLACE
Payment Amount           462.00
CHECK  304888
Transaction Amount       462.00
```


Naperville

MILLCREEK-GRANT000056

## EXHIBIT "A"

## LEGAL DESCRIPTION

PARCEL 1:

LOT 26 IN NAPERVILLE ACM AND DOG HAUS RESUBDIVISION, PART OF THE EAST 1/2 OF SOUTHEAST 1/4 OF SECTION 4, TOWNSHIP 37 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 2, 2020 AS DOCUMENT NUMBER R2020-52192, IN WILL COUNTY, ILLINOIS.

PARCEL 2:

NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF PARCEL 1 CREATED AND SHOWN ON THE PLAT OF NAPERVILLE CROSSINGS RECORDED AS DOCUMENT R2004-90897 FOR VEHICULAR AND PEDESTRIAN TRAFFIC ON, OVER, THROUGH, ALONG AND ACROSS ALL AREAS MARKED "INGRESS AND EGRESS EASEMENT" ON SAID PLAT.

PARCEL 3:

NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF PARCEL 1 AS CREATED BY DECLARATION OF EASEMENTS, COVENANTS AND RESTRICTIONS RECORDED AS DOCUMENT R2004-39599 AS AMENDED AND RESTATED BY AMENDMENT AND RESTATEMENT OF DECLARATION OF EASEMENTS, COVENANTS AND RESTRICTIONS RECORDED AS DOCUMENT R2004-108477 FOR VEHICULAR AND PEDESTRIAN TRAFFIC, PARKING, STORM WATER DISCHARGE AND DETENTION POND AND UTILITIES ALL AS SET FORTH THEREIN.

Permanent Real Estate Index Number: 07-01-04-410-069-0000

Property Address: 2975 Showplace Dr., Naperville, IL 60564

MILLCREEK-GRANT000057