# EXHIBIT 2

EXHIBIT _54_
WIT: K. Long
DATE: 9-25-24
RED ROCK REPORTING



**IPX**
**1 0 3 1**™
Investment Property
Exchange Services, Inc.

3100 West Ray Road, Suite 141
Chandler, AZ 85226

602.224.8818   Phone
602.224.8815   Fax
patrick.stanczyk@ipx1031.com
www.ipx1031.com

March 02, 2021

Forest Anthony
Old Republic
299 S. Main St., Suite 120
Salt Lake City, UT 84111
Phone No: 801 515-7799        Email: fanthony@oldrepublictitle.com

Exchange No.:        ████████████        Escrow/File No.:
Exchanger:        Karmann Kasten LLC
Replacement Property:  an undivided 3.0241% interest in Advance Care Medical (ACM) located at 2968
Reflection Drive, Naperville, IL 60564

## EXCHANGE INSTRUCTIONS

Investment Property Exchange Services, Inc. is acting as Qualified Intermediary for the above-referenced
Exchanger (Buyer).

1. *EXCHANGE DOCUMENTS HAVE BEEN SENT DIRECTLY TO THE BUYER VIA DOCUSIGN.
   PLEASE CONFIRM WITH BUYER THAT THE ASSIGNMENT DOCUMENTS HAVE BEEN
   SIGNED BY THEM BEFORE YOU CLOSE THE TRANSACTION.*

2. **Exchanger Certification (bottom section of preceding Sheet)** – Before the transfer, obtain the
   Exchanger's signature on the Certification. *Return the signed Certification to us immediately upon
   closing.*

3. **Notice of Assignment** - Prior to closing, give a copy to all Sellers and co-Buyers (if any).  Return a copy
   with signed acknowledgement of delivery.

4. **Settlement Statement** –Exchanger (and Buyer if Buyer is a disregarded entity or underlying taxpayer with
   a name other than that of the Exchanger) should approve and sign the settlement statement. Upon request,
   after the Exchanger has signed, we will also execute the settlement statement.   The settlement statement
   should list the Buyer and may reference that Investment Property Exchange Services, Inc. is acting as
   Qualified Intermediary under Exchange No. EX-09-31293-PS.   *Please send the fully signed Final
   Closing Statement to us immediately upon closing.*

5. **Direct Deed / Transfer of Title** – The deed or other conveyance document should run directly between
   the Seller and the Buyer. *We will not take title to the Replacement Property.*

6. **Refunds After Closing** – If there are any post-closing refunds due Exchanger, contact IPX1031 for further
   instruction to avoid any potential receipt issues that could impair the tax-deferred exchange.

7. **Tax Information** – All tax information and related forms should be obtained from and/or completed by the
   Exchanger, using the Exchanger's taxpayer identification number.

*RP Settlement Agt Instructions DS 12-19-2019 © Investment Property Exchange Services, Inc., 2019 – All Rights Reserved*

**MILLCREEK-GRANT000001**

Please reference our exchange number on all correspondence. Please contact us immediately if you have any questions, or if we can be of further assistance.

Sincerely,

Investment Property Exchange Services, Inc., a California corporation, as Qualified Intermediary under Exchange No.: ███████████

Patrick Stanczyk
Assistant Vice President / Exchange Officer

*RP Settlement Agt Instructions DS 12-19-2019 © Investment Property Exchange Services, Inc., 2019 – All Rights Reserved*

2

MILLCREEK-GRANT000002

> **INSTRUCTIONS:** This Notice must be delivered to all parties (all Sellers and co-Buyers, if any) to the Purchase Agreement before closing of the sale.

▮▮▮▮▮▮▮

Exchanger: Karmann Kasten LLC
Replacement Property: an undivided 3.0241% interest in Advance Care Medical (ACM) located at 2968 Reflection Drive, Naperville, IL

## NOTICE OF ASSIGNMENT

All parties to the Purchase Agreement for the above listed Replacement Property are hereby notified that Buyer has assigned its rights, but not its obligations, under the Purchase Agreement to Investment Property Exchange Services, Inc., not individually, but solely in its capacity as Qualified Intermediary, for purposes of effecting a tax-deferred exchange under IRC §1031. The assignment relates only to real property interests that are intended to qualify as Replacement Property in a like-kind exchange, and not to any personal property or other non-qualifying property included with the conveyance contemplated by the Purchase Agreement. Notwithstanding the assignment, Buyer is and shall remain solely responsible and liable to Seller for the performance of every warranty and obligation of Buyer under the Purchase Agreement. Qualified Intermediary has not made or assumed and will not make or assume, nor will Qualified Intermediary be liable for, any covenant, duty or obligation of Buyer or warranties that may remain in effect after the close of the Purchase transaction.

**ACKNOWLEDGEMENT OF DELIVERY:** I (the Exchanger, Settlement Agent or other representative) acknowledge that I delivered a copy of this Notice of Assignment to all parties to the Purchase Agreement on this ___3___ day of __March__, 202_1_.

By: _Firas Anthony, to._

**IF APPLICABLE: Acknowledgement by Land Trust or Delaware Statutory Trust:** The undersigned Trustee hereby acknowledges that Buyer, a beneficiary under the trust, has assigned Buyer's interest under the Purchase Agreement to Qualified Intermediary.

_____, not individually, but as Trustee under Trust Agreement dated
(Land Trust or DST Company Name)

_____ and known as _____.
(Date of Trust Agreement with Buyer)          (Name of Land Trust or DST)

_____
By:    (Signed by Trustee)

1
*Notice to Seller 5-18-2020 © Investment Property Exchange Services, Inc., 2020 – All Rights Reserved.*

**MILLCREEK-GRANT000003**

**IPX**
**1  0  3  1**ˢᴹ
Investment Property
Exchange Services, Inc.

3100 West Ray Road, Suite 141
Chandler, AZ  85226

602.224.8818   Phone
602.224.8815   Fax
patrick.stanczyk@ipx1031.com
www.ipx1031.com

Re:    Exchange No.: ▮▮▮▮▮▮▮▮
       Replacement Property:  an undivided 3.0241% interest in Advance Care Medical (ACM) located at 2968
Reflection Drive, Naperville, IL 60564

# IMPORTANT

**Settlement Agent:**  Confirm that the Exchanger has signed and returned to IPX1031® the Assignment of Replacement Property Purchase Agreement **BEFORE CLOSING THE TRANSFER OF THIS PROPERTY.**

If they have not, they need to contact IPX1031® immediately before proceeding with the transfer.

## Exchanger's Certification:

**Karmann Kasten LLC:** *I hereby certify that I have signed and returned to IPX1031® via DocuSign all exchange documents including the Assignment of Replacement Property Purchase Agreement for this transaction.*

Karmann Kasten LLC

_____
Kate Grant
Managing Member

*SA Notice RP 7.2017 © Investment Property Exchange Services, Inc., 2017 – All Rights Reserved.*

**MILLCREEK-GRANT000004**

 **Naperville**

## REAL ESTATE TRANSFER DECLARATION

Permanent Real Estate Index No. (PIN) ▮▮▮▮▮▮▮ part of ____ Date of Deed 3/5/2021

Address of Property _____ 2975 Showplace Drive, Naperville, IL 60564 _____
<br>Street or Rural Route

Full Actual Consideration                                                  $ 153,570

Less Amount of Personal Property Included in Purchase    $ 0

Net Consideration for Real Estate                                     $ 153,570

Amount of Tax Stamps ($1.50 per $500 or part thereof of taxable consideration)    $ 462.00

Closing Date    3/5/2021                           School District _____

Residential Property ☐        Non-Residential Property ☒        Land/Lot ☐

---

**We hereby declare the full actual consideration and above facts contained in this declaration to be true and correct. Signature required by seller, buyer or agent**

| Millrock Investment Fund 1, LLC | 2100 W. Pleasant Grove Blvd, Ste. 200 Pleasant Grove, UT 84062 | |
|---|---|---|
| Name and Address of **Seller** (Please Print) | Street or Rural Route | City, State, ZIP Code |

**Signature** _[signature] cs agent_
<br>Seller or Agent

| Karmann Kasten LLC | 326 Main St. | Sterling, CO 80751 |
|---|---|---|
| Name and Address of **Buyer** (Please Print) | Street or Rural Route | City, State, ZIP Code |

**Signature** _[signature] cs agent_
<br>Buyer or Agent

---

**Check for Building Inspection Fees/Issues Prior to Purchase**

** For information regarding the status of any outstanding building permits, building fees, or code enforcement actions and outstanding fines on property, you are considering buying in the City of Naperville:
<br>Please call 630-420-6100   •   For Building Department issues, enter Option # 2

Rev 7/20/11 LMH

City of Naperville ❧ 400 South Eagle Street ❧ Naperville, IL ❧ 60540 ❧ Phone (630) 420-4116 ❧ Fax (630) 305-6226

**MILLCREEK-GRANT000005**