# EXHIBIT 3

# OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

299 S. Main Street, Ste 120
Salt Lake City, UT 84111
Phone: 801-753-7700 Fax: 866-633-0263

## ESTIMATED SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| Date: | March 03, 2021 10:42 am | File No.: | 304613NCT-7 |
| Closing Date: | March 04, 2021 | | |
| Property Address: | 2975 Showplace Drive, Naperville, IL 60564 | Purchasers: | Investment Property Exchange Services, Inc., as Qualified Intermediary for Karmann Kasten LLC, a Colorado limited liability company under Exchange No. EX-09-31293-PS |
| Property Tax ID: | 3.0241% TIC Interest of part of 07-01-04-410-069-0000 | Sellers: | Millrock Investment Fund 1, LLC, a Utah limited liability company, 111 Main St., Ste. 2200, Salt Lake City, UT 84111 |

| | Seller Credits | Seller Charges | Purchaser Credits | Purchaser Charges |
|---|---|---|---|---|
| Sales Price | | $153,570.03 | | $153,570.03 |
| No Real Estate Tax Proration - Taxes to be Paid by Tenant | | | | |
| March 2021 Rent Proration | | $722.45 | | |
| State Transfer Tax | | $154.00 | | |
| County Transfer Tax | | $77.00 | | |
| City Transfer Tax | | $462.00 | | |
| Real Estate Commission To Colliers International | | $2,362.62 | | |
| Real Estate Commission To A Better Way Realty LLC | | $4,607.10 | | |
| Marketing Fee To Millcreek Commerical Properties, LLC | | $2,242.12 | | |
| Title Fees To Old Republic National Title Insurance | | | | |
|   Closing Fees | | $1,500.00 | | |
|   CPL Fees | | $75.00 | | |
|   Coordination Fee | | $250.00 | | |
|   Muni. Stamp and Recoding Service Fee | | $350.00 | | |
| Title Insurance To Old Republic National Title Insurance | | | | |
|   Standard Owner | | $1,615.00 | | |
| Recording Fees To Simplifile | | | | |
|   Estimated Recording Fee | | $125.00 | | |
| 1031 Exchange Proceeds | | | $153,570.03 | |
| Sub Totals: | $153,570.03 | $14,542.29 | $153,570.03 | $153,570.03 |
| Net Proceeds Due Seller | | $139,027.74 | | |
| Funds Due From Buyer | | | | $0.00 |
| Grand Totals: | $153,570.03 | $153,570.03 | $153,570.03 | $153,570.03 |

Signature Page to Follow

## Settlement Statement Signature Page

File No.: 304613NCT-7

Property: 2975 Showplace Drive
Naperville, IL 60564

To the best of my knowledge, the foregoing statement is a true and accurate account of the funds which were received and will be disbursed as part of the settlement of this transaction and is approved by me, the undersigned. I agree to pay my costs, expenses and any other obligations itemized.

Millrock Investment Fund 1, LLC, a Utah limited liability company

By: Kevin Long
Its: Manager

Investment Property Exchange Services, Inc., as Qualified Intermediary for Karmann Kasten LLC

By:
Its:

Qualified Intermediary is not responsible for the accuracy of the settlement statement.

Karmann Kasten LLC, a Colorado limited liability company

By: Kate Grant
Its: Managing Member

By:

Forest Anthony,
Escrow Officer

MILLCREEK-GRANT000030

## Settlement Statement Signature Page

File No    304613NCT-7

Property:   2975 Showplace Drive
            Naperville, IL 60564

To the best of my knowledge, the foregoing statement is a true and accurate account of the funds which were received and will be disbursed as part of the settlement of this transaction and is approved by me, the undersigned. I agree to pay my costs, expenses and any other obligations itemized.

Millrock Investment Fund 1 LLC, a Utah limited liability company

By Kevin Long
Its Manager

Investment Property Exchange Services, Inc., as Qualified Intermediary for Karmann Kasten LLC

By
Its

Karmann Kasten LLC, a Colorado limited liability company

By Kate Grant
Its Managing Member

By
Forest Anthony,
Escrow Officer

MILLCREEK-GRANT000031