# EXHIBIT 4

 

## Advance Care Medical | Naperville, IL



The Tenant in Common (TIC) interests sold by Millcreek Commercial Properties constitute interests in real property. They do not constitute securities. Consequently, federal and state laws regulating the sale of securities do not apply with respect to the sale of TIC interests, and purchases of TIC interests will not be entitled to the protection afforded to purchasers of securities under federal and state securities laws. Nothing in the attached offering documents should be construed as an offer or a solicitation of an offer to buy or sell securities.

Office: 801.899.1943 | www.**MILLCREEKCOMMERCIAL**.com

**Millcreek Commercial** | 2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

DEF 000302

 

# Advance Care Medical | Naperville, IL

## Property Information

| | |
|---|---|
| Tenant | Advance Care Medical |
| Location | 2975 Showplace Dr., Naperville, IL 60564 |
| Property Type | Freestanding, Medical |
| Building Size | 3,500 Square Feet |
| Purchase Price | $5,078,231.42 |
| Cap Rate | 6.00% |



Advance Care's mission and business strategy is to provide better, more consistent, comprehensive care solutions by vertically integrating urgent care facilities with ancillary services and new technologies. The intended outcome is to provide a broader continuum of patient care at a lower cost and generate significantly higher operating margins.

## Naperville, IL

Naperville Crossings is situated at the Northwest Corner of Route 59 and 95th Street in the heart of South Naperville's retail corridor. Lot sits as an outparcel to AMC Showplace 16 which boasts over 750,000 visitors per year. Tapestry of Naperville, a 300-unit residential project, is adjacent to center. There is ample parking available and multiple points of access via Route 59 or 95th Street.

## About Tenant In Common

Tenant in common or TIC ownership allows two or more people to hold an ownership interest in a property. Each property owner or business entity holds its own separate stake in the property and receives a deed. Their interests do not have to be equal.

This Millcreek Commercial property has the following characteristics:

• Property is offered debt-free
• Long-term, corporate-guaranteed lease
• Satisfies IRS requirements for 1031 exchanges



Office | 801.899.1943

www.MILLCREEKCOMMERCIAL.com

## Lease Information

| | |
|---|---|
| Lease Guarantor | Healthcare Solutions Holdings Inc |
| Initial Lease Term | 20 years |
| Rent Increases | 2% increases every year |
| Renewal Options | Two 5-year options |
| 20 Yr. Avg. Return | 7.25% |

| Year | Gross Rent | Net Rent | Cap Rate |
|---|---|---|---|
| 2021 | $323,866.85 | $ 317,389.46 | 6.00% |
| 2022 | $330,344.19 | $ 323,737.25 | 6.12% |
| 2023 | $336,951.07 | $ 330,212.00 | 6.24% |
| 2024 | $343,690.09 | $ 336,816.24 | 6.36% |
| 2025 | $350,563.89 | $ 343,552.56 | 6.48% |
| 2026 | $357,575.17 | $ 350,423.61 | 6.6% |
| 2027 | $364,726.68 | $ 357,432.09 | 6.73% |
| 2028 | $372,021.21 | $ 364,580.73 | 6.86% |
| 2029 | $379,461.63 | $ 371,872.34 | 6.99% |
| 2030 | $387,050.87 | $ 379,309.79 | 7.13% |
| 2031 | $394,791.88 | $ 386,895.99 | 7.27% |
| 2032 | $402,687.72 | $ 394,633.91 | 7.42% |
| 2033 | $410,741.48 | $ 402,526.58 | 7.57% |
| 2034 | $418,956.30 | $ 410,577.12 | 7.72% |
| 2035 | $427,335.43 | $ 418,788.66 | 7.87% |
| 2036 | $435,882.14 | $ 427,164.43 | 8.02% |
| 2037 | $444,599.78 | $ 435,707.72 | 8.18% |
| 2038 | $453,491.78 | $ 444,421.87 | 8.34% |
| 2039 | $462,561.61 | $ 453,310.31 | 8.51% |
| 2040 | $471,812.85 | $ 462,376.52 | 8.68% |

Millcreek Commercial | 2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

 

Advance Care Medical  |  Naperville, IL



## Advance Care Medical

Largest Network: Development of 350 Comprehensive Care Centers will create the most extensive branded system in the country.

Significant Margins: By vertically integrating, they will capture revenue and margins that have historically been "lost" in the channel to sales, marketing, and third-party providers. This will result in significantly enhanced operating margins.

Building a Brand: A key element to their strategy is to acquire reputable family practice to establish themselves in each community they target. Clusters of facilities will provide better access and more consistent care to patients in their system.

New Technologies: They intend to use new technologies and more comprehensive diagnostic capabilities to improve patient care and access and to give their medical teams more tools to provide superior care.

## Backed By Strength

Healthcare Solutions Holdings, Inc. "HSH" is a publicly-traded medical service and device company focused on providing clinicians with state-of-the-art diagnostic and therapeutic tools. HSH's mission is to provide clinicians with broader access to the most advanced technologies in the Healthcare Industry. Technology proliferation drives progressive methods of testing patients, leading to superior patient outcomes.

HSH not only helps physicians deliver better healthcare but also assists them in remaining compliant with industry best practices.

## The Tenant of Your Dreams

Millcreek Commercial is developing properties specifically for Advance Care Medical. ACM, in cooperation with Healthcare Solutions Holdings, Inc. (HSH), meets our pillars for success. With each property, ACM will sign a 20-year NNN lease with 2% rent escalations annually, all backed by an HSH corporate guarantee and insured by Lloyds of London.

Millcreek Commercial  |  2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

DEF 000304

 

Advance Care Medical  |  Naperville, IL



## Naperville, IL

Located 28 miles west of Chicago, Naperville, IL consistently ranks as a top community in the nation in which to live, raise children and retire. This vibrant, thriving city is home to acclaimed public and parochial schools, the best public library system in the country, world-class parks, diverse worship options, an array of healthcare options and an exceptionally low crime rate. Naperville has ready access to a variety of public transportation, housing and employment options. The city's diversified employer base features high technology firms, retailers and factories, as well as small and home-based businesses. With all the amenities of a modern city and all the charm of a small town, Naperville truly is the premiere community in which to live, work and play.

- The current population estimate is **148,000**
- Median Age: **35 years**
- Median Household Income is **$109,512**
- Total Households: **53,408**

- Owner Occupied: **75.4%**
- Renter Occupied: **24.6%**
- Median Home Price: **$377,900**
- Median Rental Rate: **$1,290**

In just half a century, the City of Naperville has grown from a prairie town of fewer than 10,000 people to a bustling city of 148,000 residents that is home to everything from family businesses and a scenic Riverwalk to international corporations and regional transportation networks.

**Millcreek Commercial**  |  2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

DEF 000305

 

Advance Care Medical | Naperville, IL





**Millcreek Commercial**  |  2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

DEF 000306

 

Advance Care Medical  |  Naperville, IL

# Lease Abstract

| | |
|---|---|
| Tenant | Advance Care Medical |
| Guarantor | Healthcare Solutions Holdings Inc |
| Address | 2975 Showplace Dr., Naperville, IL 60564 |
| Building Size (SF) | 3,500 SF |
| Year Built | Anticipated completion late 2020 |
| Rent Commencement | Anticipated late 2020 |
| Lease/Rent Expiration | 2040 |
| Lease Term Remaining | 20 Years |
| Annual Base Rent | $ 317,389.46 |
| Rental Increases | 2% annually |
| Renewal Options | Two five-year options |
| Renewal Notice | 6 months |
| Option Increases | Yes |
| Lease Type | Absolute NNN bonded |
| Landlord Responsibilities | Zero |
| Insurance/Taxes/CAM/Utilities | Tenant |
| ROFO | No |
| Estoppel | As needed |
| Default Bond | 1 year of rent payments if in the first 48 months |
| Ownership Interest | Fee simple estate |



**Millcreek Commercial**

801.899.1943 | contact@millcreekcommercial.com



Millcreek Commercial  |  2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT

DEF 000307