# EXHIBIT 6

| | |
|---|---|
| **From:** | Diane h |
| **To:** | Mary Street |
| **Subject:** | Re: ACM Naperville IL - Lease Administration / Rent Distribution |
| **Date:** | Wednesday, March 17, 2021 2:30:02 PM |
| **Attachments:** | Direct Deposit Form - Blank.pdf |
| | W9 Blank.pdf |
| | CAMS Lease Administration - Karmann Kasten^J LLC.pdf |

Hi
The w9 needs a space for the EIN instead of SSN


Thanks
Kate

> On Mar 17, 2021, at 14:21, Mary Street <mstreet@mtnwest.com> wrote:
>
>
> Good afternoon Ms. Grant – please confirm receipt. I need your response to process rent disbursement.
>
> I am the Lease Administrator for the investment property you recently acquired through Millcreek Commercial. I collect rent from the tenant and disburse the proportionate share to each of the property's owners each month. In order to get you set up to receive rent payments, I need to collect some information from you. I have attached the Lease Administration Agreement, Direct Deposit Form and W9 for your review. Please confirm receipt of this message and let me know if you have any questions. The attached documents have been sent to you through DocuSign for electronic signature.
>
> <u>ACM Naperville</u>
> Buyer: Kate Grant / Karmann Kasten, LLC
> Close Date: March 4, 2021
> Percentage: 3.0241%
>
>
> Sincerely,
> Mary Street
> Manager, CAMS Realty
> A Division of Mountain West Commercial Real Estate





## Mary Street
**D: 385.233.9415**
**C: 801.358.6279**
**mstreet@mtnwest.com**

### View Bio

2015 W Grove Pkwy, Ste J
Pleasant Grove, UT 84062
Office 385.233.9140
www.mtnwest.com

DEF 001659