# EXHIBIT 9



## LIMITED AVAILABILITY



# NEURAGENEX | NAPERVILLE, ILLINOIS

Office: 385.248.0613 | www.**millcreekcommercial**.com

**Millcreek Commercial** | 1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

DEF 000311



Neuragenex | Naperville, IL

## Property Information

| | |
|---|---|
| Tenant | Neuragenex |
| Location | 2975 Showplace Drive, Naperville, IL 60564 |
| Property Type | Freestanding, Medical |
| Building Size | 3,500 Square Feet |
| Purchase Price | $7,002,492 |
| Cap Rate | 6.50% |

**Neuragenex** stands as the nation's most rapidly growing healthcare brand and platform, poised to expand from its current 15 operating locations to an impressive 56 within the next year. Founded by medical professionals, Neuragenex Treatment Centers was established to provide patients with access to pain relief without surgery, drugs or invasive treatments through high pulse external electrical stimulation and specialized hydration therapy.

## Naperville, IL

Naperville Crossings is situated at the Northwest Corner of Route 59 and 95th Street in the heart of South Naperville's retail corridor. Lot sits as an outparcel to AMC Showplace 16 which boasts over 750,000 visitors per year. Tapestry of Naperville, a 300-unit residential project, is adjacent to center. There is ample parking available and multiple points of access via Route 59 or 95th Street.

## About Tenant In Common

Tenant in common or TIC ownership allows two or more people to hold an ownership interest in a property. Each property owner or business entity holds its own separate stake in the property and receives a deed. Their interests do not have to be equal.

This Millcreek Commercial property has the following characteristics:

• Property is offered debt-free
• Long-term, corporate-guaranteed lease
• Satisfies IRS requirements for 1031 exchanges



Office | 385.248.0613

www.millcreekcommercial.com

### LIMITED AVAILABILITY



### Lease Information

| | |
|---|---|
| Lease Guarantor | Personal; President, Founder, CEO |
| Initial Lease Term | 20 years |
| Rent Increases | 2% increases every year |
| Renewal Options | Three 5-year options |

| Year | Cap Rate |
|---|---|
| 1 | 6.50% |
| 2 | 6.63% |
| 3 | 6.76% |
| 4 | 6.90% |
| 5 | 7.04% |
| 6 | 7.18% |
| 7 | 7.32% |
| 8 | 7.47% |
| 9 | 7.62% |
| 10 | 7.77% |
| 11 | 7.92% |
| 12 | 8.08% |
| 13 | 8.24% |
| 14 | 8.41% |
| 15 | 8.58% |
| 16 | 8.75% |
| 17 | 8.92% |
| 18 | 9.10% |
| 19 | 9.28% |
| 20 | 9.47% |

Millcreek Commercial | 1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

DEF 000312



Neuragenex  |  Naperville, IL



## Neuragenex Company Overview

Neuragenex stands as the nation's most rapidly growing healthcare brand and platform, poised to expand from its current 15 operating locations to an impressive 56 within the next year. Founded by medical professionals, Neuragenex Treatment Centers was established with the sole purpose of providing patients access to pain relief without resorting to surgery, pharmaceuticals, or invasive procedures. Remarkably, an astounding 90% of Neuragenex clients experience a substantial 50% reduction in pain after just a single round of treatment.

Neuragenex consists of four primary avenues of care:

**Neuragenex Treatment Centers:** Non-opioid non-surgical pain treatment through external electrical stimulation and specialized hydration therapy.

**Neuragenex Comprehensive Care:** Functional medical care for chronic metabolic conditions, behavioral health, and multiple categories of functional integrated healthcare.

**Neuragenex Musculoskeletal:** Advanced FDA approved regenerative medicine treatments and procedures that bring advanced non-surgical treatments to mainstream medical care.

**Neuragenex Dental and Aesthetics:** Cosmetic and general dental program that crosses the divide between dental and aesthetic by offering traditional aesthetic procedures, advanced liposuction techniques, and patented therapies.

Neuragenex is at the forefront of pain treatment, delivering highly effective therapies and protocols that not only alleviate pain but also target the root metabolic conditions responsible for chronic discomfort. Neuragenex introduces the first-ever nationwide network of dual-purpose dental and aesthetic offices, elevating the industry standard to new heights.


**15 LOCATIONS**


**FOUNDED BY DOCTORS**


**INNOVATIVE, NON-INVASIVE, NON-OPIOID, RESEARCH-BASED SOLUTIONS**

Millcreek Commercial  |  1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

DEF 000313



Neuragenex | Naperville, IL



## Naperville, IL

Located 28 miles west of Chicago, Naperville, IL consistently ranks as a top community in the nation in which to live, raise children, and retire. This vibrant, thriving city is home to acclaimed public and parochial schools, the best public library system in the country, world-class parks, diverse worship options, an array of healthcare options, and an exceptionally low crime rate. Naperville has ready access to a variety of public transportation, housing, and employment options. The city's diversified employer base features high technology firms, retailers and factories, as well as small and home-based businesses. With all the amenities of a modern city and all the charm of a small town, Naperville truly is the premiere community in which to live, work, and play.

- The current population estimate is **149,936**
- Median Age: **35 years**
- Median Household Income is **$115,103**
- Total Households: **53,408**

- Owner Occupied: **75.4%**
- Renter Occupied: **24.6%**
- Median Home Price: **$625,000**
- Median Rental Rate: **$1,807**

In just half a century, the City of Naperville has grown from a prairie town of fewer than 10,000 people to a bustling city of 150,000 residents that is home to everything from family businesses, a scenic riverwalk to international corporations, and regional transportation networks.



Neuragenex | Naperville, IL



**Millcreek Commercial** | 1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

DEF 000315



Neuragenex | Naperville, IL

## Lease Abstract

| | |
|---|---|
| Tenant | Neuragenex |
| Guarantor | Personal; President, Founder, CEO |
| Address | 2975 Showplace Drive, Naperville, IL 60564 |
| Building Size (SF) | 3,500 SF |
| Year Built | 2020 |
| Rent Commencement | September 2023 |
| Lease/Rent Expiration | 2043 |
| Lease Term Remaining | 20 Years |
| Annual Base Rent | $464,451 |
| Rental Increases | 2% annually |
| Renewal Options | Two five-year options |
| Renewal Notice | 6 months |
| Option Increases | Yes |
| Lease Type | Absolute NNN |
| Landlord Responsibilities | Zero |
| Insurance/Taxes/CAM/Utilities | Tenant |
| ROFO | No |
| Estoppel | As needed |
| Ownership Interest | TIC fee simple estate |



**Millcreek Commercial**

385.248.0613 | contact@millcreekcommercial.com

Millcreek Commercial  |  1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

DEF 000316