Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL PROPERTIES, LLC, et al.<br><br>Defendants. | **DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC AND KEVIN LONG'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**<br><br>Case No. 2:23-0936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Court's order of February 19 and 26, 2025, Defendants Millcreek Commercial Properties, LLC ("Millcreek") and Kevin Long ("Long"), through their undersigned counsel, hereby file the following supplemental disclosure under rule 7.1 of the Federal Rules of Civil Procedure.

Millcreek is an inactive Utah limited liability company that was voluntarily dissolved as of February 1, 2025. As a result, Millcreek does not have any active members. Millcreek had the four following members at the time it was active:

(i) **KGL Real Estate Development, PLLC**, a Utah professional liability company with its principal place of business in Lindon, Utah. KGL Real Estate Development's sole member is Kevin Long, an individual who resides in and is a citizen of Utah and is a party in the above-captioned matter.

(ii) **Smart Cove, LLC**, a Utah limited liability company with its principal place of business in South Jordan, Utah. Smart Cove's sole member is Spencer Taylor, an individual who resides in and is a citizen of Utah.

(iii) **GTR Holdings, LLC**, a Utah limited liability company with its principal place of business in South Jordan, Utah. GTR Holdings has two members, Brent Smith and Makenzie Smith, both of whom reside in and are citizens of Utah.

(iv) **Long Holdings, L.L.C**, a Utah limited liability company with its principal place of business in Provo, Utah. Long Holdings' sole member is Jerald Long, an individual who is temporarily residing in Massachusetts (for school) but maintains his citizenship in Utah.

Millcreek does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests.

Long is an individual who resides in and is a citizen of Utah. So no entity information is required for Long under Rule 7.1.

Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

DATED: February 28, 2025

        PARR BROWN GEE & LOVELESS

        By: /s/ *Bentley J. Tolk*
            Bentley J. Tolk
            Rodger M. Burge

        *Attorneys for Kevin Long and Millcreek Commercial, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I caused to be served a true and correct copy of the foregoing **DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC AND KEVIN LONG'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** via the CM/ECF system, which automatically provided notice to all counsel of record.

By: /s/ *Bentley J. Tolk*