Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
       mwindham@rqn.com
       njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT, an individual,<br><br>Plaintiffs,<br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPENCER TAYLOR**<br><br>Case No. 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's February 26, 2025, Order, Defendant Spencer Taylor ("Taylor"), by and through his counsel of record, hereby makes the following disclosure.

Taylor is an individual, not an entity, and therefore outside the scope of the mandatory corporate disclosures under Rule 7.1. *See* Fed. R. Civ. P. 7.1(a)(1) (applicable to a

"nongovernmental corporate party or a nongovernmental corporation that seeks to intervene"). Given the Court's request that the parties treat these disclosures as if diversity were at issue, Taylor states that he is a citizen domiciled in Utah.

DATED this 28th day of February 2025.

                **RAY QUINNEY & NEBEKER P.C.**

                */s/ Nathan L. Jepson*
                Justin T. Toth
                Maria E. Windham
                Nathan L. Jepson

                *Attorneys for Defendant Spencer Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2025, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPENCER TAYLOR** was filed electronically with the Court using the CM/ECF system which automatically provides notice to counsel of record.

                                                            */s/ TerriAnne Gillis*

1700209