Stephen K. Christiansen (6512)
Randall S. Everett (18916)
Joshua B. Cutler (16434)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com
josh@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **REQUEST FOR ENTRY OF DEFAULT AGAINST MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 55, plaintiffs Kate Grant and Karmann Kasten, LLC hereby request the Clerk enter the default of defendant Millcreek Commercial Properties, LLC ("Millcreek") for failing to seek substitute counsel. *See* Court Doc. No. 122.

Counsel moved to withdraw as counsel for Millcreek. On February 28, 2025, the Court granted counsel's request. Millcreek has consented to the withdrawal and does not intend to seek substitute counsel. Therefore, default is appropriate under the circumstances and as stated in the Court's Docket Text Order of February 28, 2025 (Dkt. 122).

A proposed default certificate is submitted herewith.

DATED this 3rd day of February, 2025.

        CHRISTIANSEN LAW, PLLC

        By: /s/ Stephen K. Christiansen
        Stephen K. Christiansen
        *Attorneys for Plaintiffs*