Stephen K. Christiansen (6512)
Randall S. Everett (18916)
Joshua B. Cutler (16434)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com
josh@skclawfirm.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Based on the failure of Millcreek Commercial Properties, LLC, to appear and defend, the Clerk hereby enters the default of Millcreek Commercial Properties, LLC, pursuant to Fed. R. Civ. P. 55.

DATED this _____ day of March, 2025.

_____
CLERK OF COURT