Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
C. Chase Wilde (17546)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com
cwilde@parrbrown.com

*Attorneys for Defendants Kevin G. Long*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>             Plaintiffs,<br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>             Defendants. | **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR C. CHASE WILDE**<br><br>Case No: 2:23-cv-00936-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

**NOTICE IS HEREBY GIVEN** to all parties that Christian Chase Wilde of the law firm

of PARR BROWN GEE & LOVELESS hereby makes his appearance as counsel of record for Defendant

Kevin G. Long in the above-captioned case. Please add Mr. Wilde to the service list and provide

him notice of all hearings, motions, pleadings, actions, and other matters maintained hereafter in the above-entitled lawsuit at the following address:

> Christian Chase Wilde
> Parr Brown Gee & Loveless
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> cwilde@parrbrown.com

Dated this 4 March 2025.

PARR BROWN GEE & LOVELESS

By: /s/ *C. Chase Wilde*
      C. Chase Wilde

*Attorneys for Defendant Kevin G. Long*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 March 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR C. CHASE WILDE** was served via electronic service on all counsel of record.

                                                    /s/ C. Chase Wilde