Stephen K. Christiansen (6512)
Joshua B. Cutler (16434)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
josh@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

The non-defaulted parties to this action, through counsel, hereby stipulate and jointly move the Court for dismissal of this action and all claims therein against all parties with prejudice, with each party to bear its own attorney fees and costs. The dismissal includes as well defendant Millcreek Commercial Properties, LLC, which is defaulted and therefore is not signing off on this motion. The grounds are that the parties have mutually settled their claims.

A proposed form of order granting this motion is submitted herewith. The parties jointly pray that the Court enter it at its earliest convenience and terminate this action.

DATED this 6th day of August, 2025.

**CHRISTIANSEN LAW, PLLC**

By: /s/ *Stephen K. Christiansen*
    Stephen K. Christiansen
    Joshua B. Cutler
    Randall S. Everett

   *Attorneys for Plaintiffs*

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk w/permission*
    Rodger M. Burge
    Terry E. Welch
    Bentley J. Tolk

   *Attorneys for Defendant Kevin G. Long*

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *James D. Gilson w/ permission*
    James D. Gilson
    Andrew V. Wright
    David B. Nielson

   *Attorneys for Defendant Colliers International*

**WORKMAN NYDEGGER**

By: /s/ *Brian N. Platt w/ permission*
    Brian N. Platt
    Chad E. Nydegger
    Ryan C. Morris

   *Attorneys for Defendant Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Maria E. Windham w/ permission*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

   *Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell w/ permission*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney

    *Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz w/ permission*
    Stuart H. Schultz

    *Attorneys for Defendant Mary Street*