Stephen K. Christiansen (6512)
Joshua B. Cutler (16434)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
josh@skclawfirm.com
randy@skclawfirm.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| KATE GRANT and KARMANN KASTEN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN G. LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; BRENT SMITH; SPENCER TAYLOR; BLAKE MCDOUGAL; and MARY STREET,<br><br>Defendants. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Civil No. 2:23-cv-00936-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

The non-defaulted parties to this action, through counsel, have stipulated and jointly moved the Court for dismissal of this action and all claims therein against all parties with prejudice, with each party to bear its own attorney fees and costs. The dismissal includes as well defendant Millcreek Commercial Properties, LLC, which is defaulted and therefore did not sign off on the motion. The grounds are that the parties have mutually settled their claims.

For good cause, the Court GRANTS the motion. This case and all claims therein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs. IT IS SO ORDERED.

DATED this _____ day of August, 2025.

**BY THE COURT:**

_____
ANN MARIE MCIFF ALLEN
United States District Judge

**STIPULATED:**

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk w/permission*
Rodger M. Burge
Terry E. Welch
Bentley J. Tolk
*Attorneys for Defendant Kevin G. Long*

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *James D. Gilson w/ permission*
James D. Gilson
Andrew V. Wright
David B. Nielson
*Attorneys for Defendant Colliers International*

**WORKMAN NYDEGGER**

By: /s/ *Brian N. Platt w/ permission*
Brian N. Platt
Chad E. Nydegger
Ryan C. Morris
*Attorneys for Defendant Brent Smith*

**RAY QUINNEY & NEBEKER P.C.**

By: /s/ *Maria E. Windham w/ permission*
Justin T. Toth
Maria E. Windham
Nathan L. Jepson
*Attorneys for Defendant Spencer Taylor*

**MITCHELL BARLOW & MANSFIELD, P.C.**

By: /s/ *J. Ryan Mitchell w/ permission*
    J. Ryan Mitchell
    Christopher A. Langston
    Colby Tinney
    *Attorneys for Defendant Blake McDougal*

**STRONG & HANNI**

By: /s/ *Stuart H. Schultz w/ permission*
    Stuart H. Schultz
    *Attorneys for Defendant Mary Street*