# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KATE GRANT, et al.,<br><br>    Plaintiffs,<br>v.<br><br>KEVIN G. LONG, et al.,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:23-cv-00936<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

The non-defaulted parties to this action, through counsel, have stipulated and jointly moved the Court for dismissal of this action and all claims therein against all parties with prejudice, with each party to bear its own attorney fees and costs. The dismissal includes Defendant Millcreek Commercial Properties, LLC, which is defaulted and therefore did not sign off on the motion. The grounds are that the parties have mutually settled their claims.

For good cause, the Court GRANTS the motion. This case and all claims therein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 7th day of August 2025.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge