# United States District Court

District of Utah

Kate Grant, et al.,

    Plaintiffs,

v.

Kevin G. Long, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00936-AMA-CMR

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice.

August 7, 2025
*Date*

BY THE COURT:

Ann Marie McIff Allen
United States District Judge